EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2003

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 03-00084 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | [8 U.S.C. § 1324(a)(2)(B)(ii)] |
| | ) | |
| LUELENI FETONGI MAKA, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 28, 2003, in the District of Hawaii, the Defendant LUELENI FETONGI MAKA, for the purpose of commercial advantage and private financial gain, and with the intent to violate the United States immigration laws, brought and

attempted to bring an alien, FA, to the United States knowing and in reckless disregard of the fact that the alien, FA, had not received prior authorization to come, enter, and reside in the United States, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: 20 February, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Lueleni Fetongi Maka
Cr. No. _____
"Indictment"