

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2003

at 3 o'clock and 10 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00084 SOM |
| ) | |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| LUELENI FETONGI MAKA, ) | |
| ) | [18 U.S.C. §§ 1590, 1592, |
| Defendant ) | 1584, 1589, and 1594; 8 |
| ) | U.S.C. §§ 1324(a)(1)(A)(iii) |
| ) | and 1324(a)(2)(B)(ii)] |
| ) | |
| _____ ) | |

# S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Salesi Mahe, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, section 1584 and forced labor in violation of Title 18, United States Code, section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

## COUNT 2

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

The Grand Jury further charges that:

On or about July 19, 2001, in the District of Hawaii and elsewhere, LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Francis Jonathan Tautua'a, a Tongan national, for labor and services in

violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, section 1584 and forced labor in violation of Title 18, United States Code, section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

## COUNT 3

[18 U.S.C. § 1590 - Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Inoki Taufalele, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, section 1584 and forced labor in violation of Title 18, United States Code, section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

//
//
//

COUNT 4

[18 U.S.C. § 1590 - Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Pita Ma'u, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, section 1584 and forced labor in violation of Title 18, United States Code, section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

COUNT 5

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

The Grand Jury further charges that:

Between on or about May 3, 2001, and January 27, 2003, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Salesi Mahe, a Tongan national, in the course of a violation of

section 1590 (trafficking with respect to involuntary servitude and forced labor), section 1584 (involuntary servitude), and section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

## COUNT 6

[18 U.S.C. § 1592 - Unlawful Conduct With Documents In Furtherance of Trafficking, Involuntary Servitude, and Forced Labor]

The Grand Jury further charges that:

Between on or about July 19, 2001, and August 2002, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Francis Jonathan Tautua'a, a Tongan national, in the course of a violation of section 1590 (trafficking with respect to involuntary servitude and forced labor), section 1584 (involuntary servitude), and section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

//
//
//
//
//

## COUNT 7

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

The Grand Jury further charges that:

Between on or about August 31, 2001, and October 2002, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Inoke Taufalele, a Tongan national, in the course of a violation of section 1590 (trafficking with respect to involuntary servitude and forced labor), section 1584 (involuntary servitude), and section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

## COUNT 8

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Salesi Mahe, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 9

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about July 19, 2001, and August, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Francis Jonathan Tautua'a, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 10

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about August 31, 2001, and October 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Inoke Taufalele, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

//
//
//

COUNT 11

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about August 31, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Pita Ma'u, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 12

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Salesi Mahe, a Tongan national, by threats of serious harm to, and physical restraint against Mahe and other persons; and by means of a scheme, plan, and pattern intended to cause Mahe to believe that if he did not perform such labor and services he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

## COUNT 13

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about July 19, 2001, and August, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Francis Jonathan Tautua'a, a Tongan national, by threats of serious harm to, and physical restraint against Tautua'a and other persons; and by means of a scheme, plan, and pattern intended to cause Tautua'a to believe that if he did not perform such labor and services he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

## COUNT 14

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about August 31, 2001, and October, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to

9

knowingly provide and obtain, the labor and services of Inoke Taufalele, a Tongan national, by threats of serious harm to, and physical restraint against Taufalele and other persons; and by means of a scheme, plan, and pattern intended to cause Taufalele to believe that if he did not perform such labor and services he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

## COUNT 15

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

The Grand Jury further charges that:

Between on or about August 31, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Pita Ma'u, a Tongan national, by threats of serious harm to, and physical restraint against Ma'u and other persons; and by means of a scheme, plan, and pattern intended to cause Ma'u to believe that if he did not perform such labor and services he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

10

## COUNT 16

[8 U.S.C. § 1324(a)(2)(B)(ii) -
Alien Smuggling]

The Grand Jury further charges that:

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Salesi Mahe, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Mahe to the United States with the intent to violate the United States immigration laws and done for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 17

[8 U.S.C. § 1324(a)(2)(B)(ii) -
Alien Smuggling]

The Grand Jury further charges that:

On or about July 19, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Francis Jonathan Tautua'a, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Tautua'a to the United States with the intent to

violate the United States immigration laws and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 18

[8 U.S.C. § 1324(a)(2)(B)(ii) -
Alien Smuggling]

The Grand Jury further charges that:

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Inoke Taufalele, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Taufalele to the United States with the intent to violate the United States immigration laws and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 19

[8 U.S.C. § 1324(a)(2)(B)(ii) -
Alien Smuggling]

The Grand Jury further charges that:

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Pita Ma'u, a Tongan

national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Ma'u the United States with the intent to violate the United States immigration laws and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 20

[8 U.S.C. § 1324(a)(1)(A)(iii) -
Alien Harboring]

The Grand Jury further charges that:

Between on or about May 3, 2001, and January 27, 2003, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Salesi Mahe, a Tongan national, had come to, entered, and remained in the United States in violation of law, concealed, harbored and shielded Salesi Mahe from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

//
//
//
//

COUNT 21

[8 U.S.C. § 1324(a)(1)(A)(iii) -
Alien Harboring]

The Grand Jury further charges that:

Between on or about July 19, 2001, and August, 2002, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Francis Jonathan Tautua'a, a Tongan national, had come to, entered, and remained in the United States in violation of law, concealed, harbored and shielded Francis Jonathan Tautua'a from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

COUNT 22

[8 U.S.C. § 1324(a)(1)(A)(iii) -
Alien Harboring]

The Grand Jury further charges that:

Between on or about August 31, 2001, and October, 2002, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Inoke Taufalele, a Tongan national, had come to, entered, and remained in the United States in violation of law, concealed, harbored and shielded Inoke Taufalele from detection, and attempted to

conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

### COUNT 23

[8 U.S.C. § 1324(a)(1)(A)(iii) -
Alien Harboring]

The Grand Jury further charges that:

Between on or about August 31, 2001, and January 27, 2003, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Pita Ma'u, a Tongan national, had come to, entered, and remained in the United States in violation of law, concealed, harbored and shielded Pita Ma'u from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

### COUNT 24

[8 U.S.C. § 1324(a)(2)(B)(ii) -
Alien Smuggling]

The Grand Jury further charges that:

On or about January 27, 2003, in the District of Hawaii, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Felipe Aho, a Tongan

national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Aho to the United States with the intent to violate the United States immigration laws and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: _____JUN 1 2 2003_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
J. MICHAEL A. SEABRIGHT
Assistant U.S. Attorney

By _____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States v. Lueleni Fetongi Maka; Cr. No. 03-00084 SOM
"Superseding Indictment"