EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 0 2003

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LUELENI FETONGI MAKA,<br><br>        Defendant | CR. NO. 03-00084 SOM<br><br>SECOND SUPERSEDING<br>INDICTMENT<br><br><br>[18 U.S.C. §§ 1590, 1592,<br>1584, 1589, and 1594; 8<br>U.S.C. §§ 1324(a)(1)(A)(iii)<br>and 1324(a)(2)(B)(ii)] |

**S E C O N D   S U P E R S E D I N G   I N D I C T M E N T**

The Grand Jury charges that:

## COUNT 1

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Salesi Mahe, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, Section 1584, and forced labor in violation of Title 18, United States Code, Section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

## COUNT 2

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

On or about July 19, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Francis Jonathan Tautua'a, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter

2

77, that is, involuntary servitude in violation of Title 18,
United States Code, Section 1584, and forced labor in violation
of Title 18, United States Code, Section 1589.

All in violation of Title 18, United States Code,
Sections 1590 and 1594.

## COUNT 3

[18 U.S.C. § 1590 - Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 - Attempt]

On or about August 31, 2001, in the District of Hawaii
and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly
recruit, harbor, transport, provide and obtain, and did attempt
to knowingly recruit, harbor, transport, provide and obtain,
Inoke Taufalele, a Tongan national, for labor and services in
violation of Title 18, United States Code, Chapter 77, that is,
involuntary servitude in violation of Title 18, United States
Code, Section 1584, and forced labor in violation of Title 18,
United States Code, Section 1589.

All in violation of Title 18, United States Code,
Sections 1590 and 1594.

## COUNT 4

[18 U.S.C. § 1590 - Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 - Attempt]

On or about August 31, 2001, in the District of Hawaii
and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly

3

recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Pita Ma'u, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, Section 1584, and forced labor in violation of Title 18, United States Code, Section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

COUNT 5

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

On or about February, 7, 2002, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Tukutau Tupouata, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, Section 1584, and forced labor in violation of Title 18, United States Code, Section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

COUNT 6

[18 U.S.C. § 1590 – Human Trafficking with
Respect to Involuntary Servitude and Forced Labor;
18 U.S.C. § 1594 – Attempt]

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly recruit, harbor, transport, provide and obtain, and did attempt to knowingly recruit, harbor, transport, provide and obtain, Taufa Aho, a Tongan national, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, involuntary servitude in violation of Title 18, United States Code, Section 1584, and forced labor in violation of Title 18, United States Code, Section 1589.

All in violation of Title 18, United States Code, Sections 1590 and 1594.

COUNT 7

[18 U.S.C. § 1592 – Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

Between on or about May 3, 2001, and January 27, 2003, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Salesi Mahe, a Tongan national, in the course of a violation of Section 1590 (trafficking with respect to involuntary servitude

5

and forced labor), Section 1584 (involuntary servitude), and

Section 1589 (forced labor).

All in violation of Title 18, United States Code,

Section 1592.

## COUNT 8

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

Between on or about July 19, 2001, and August 2002, in

the District of Hawaii and elsewhere, Defendant LUELENI FETONGI

MAKA did knowingly destroy, conceal, remove, confiscate, and

possess the actual passport and other immigration document of

Francis Jonathan Tautua'a, a Tongan national, in the course of a

violation of Section 1590 (trafficking with respect to

involuntary servitude and forced labor), Section 1584

(involuntary servitude), and Section 1589 (forced labor).

All in violation of Title 18, United States Code,

Section 1592.

## COUNT 9

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

Between on or about August 31, 2001, and October 2002,

in the District of Hawaii and elsewhere, Defendant LUELENI

FETONGI MAKA did knowingly destroy, conceal, remove, confiscate,

and possess the actual passport and other immigration document of

Inoke Taufalele, a Tongan national, in the course of a violation of Section 1590 (trafficking with respect to involuntary servitude and forced labor), Section 1584 (involuntary servitude), and Section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

### COUNT 10

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

Between on or about February and October 2002, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Tukutau Tupouata, a Tongan national, in the course of a violation of Section 1590 (trafficking with respect to involuntary servitude and forced labor), Section 1584 (involuntary servitude), and Section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

### COUNT 11

[18 U.S.C. § 1592 - Unlawful Conduct With
Documents In Furtherance of Trafficking,
Involuntary Servitude, and Forced Labor]

Between on or about May 3, 2001, and January 27, 2003, in the District of Hawaii and elsewhere, Defendant LUELENI

FETONGI MAKA did knowingly destroy, conceal, remove, confiscate, and possess the actual passport and other immigration document of Taufa Aho, a Tongan national, in the course of a violation of Section 1590 (trafficking with respect to involuntary servitude and forced labor), Section 1584 (involuntary servitude), and Section 1589 (forced labor).

All in violation of Title 18, United States Code, Section 1592.

## COUNT 12

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Salesi Mahe, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

## COUNT 13

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

Between on or about July 19, 2001, and August, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to

knowingly and willfully hold, Francis Jonathan Tautua'a, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

## COUNT 14

[18 U.S.C. § 1584 – Involuntary Servitude;
18 U.S.C. § 1594 – Attempt]

Between on or about August 31, 2001, and October 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Inoke Taufalele, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

## COUNT 15

[18 U.S.C. § 1584 – Involuntary Servitude;
18 U.S.C. § 1594 – Attempt]

Between on or about August 31, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Pita Ma'u, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 16

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

Between on or about February 7, 2002, and October, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Tukutau Tupouata, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 17

[18 U.S.C. § 1584 - Involuntary Servitude;
18 U.S.C. § 1594 - Attempt]

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly and willfully hold, and did attempt to knowingly and willfully hold, Taufa Aho, a Tongan national, to a condition of involuntary servitude for a term.

All in violation of Title 18, United States Code, Sections 1584 and 1594.

COUNT 18

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI

10

FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Salesi Mahe, a Tongan national, by threats of serious harm to, and physical restraint against Mahe and other persons; and by means of a scheme, plan, and pattern intended to cause Salesi Mahe to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

### COUNT 19

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about July 19, 2001, and August, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Francis Jonathan Tautua'a, a Tongan national, by threats of serious harm to, and physical restraint against Francis Jonathan Tautua'a and other persons; and by means of a scheme, plan, and pattern intended to cause Francis Jonathan Tautua'a to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

COUNT 20

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about August 31, 2001, and October, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Inoke Taufalele, a Tongan national, by threats of serious harm to, and physical restraint against Inoke Taufalele and other persons; and by means of a scheme, plan, and pattern intended to cause Inoke Taufalele to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

COUNT 21

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about August 31, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Pita Ma'u, a Tongan national, by threats of serious harm to, and physical restraint against Pita Ma'u and other persons; and by means of a scheme, plan, and pattern intended to cause Pita

Ma'u to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

## COUNT 22

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about February 7, 2002, and October, 2002, within the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Tukutau Tupouata, a Tongan national, by threats of serious harm to, and physical restraint against Tukutau Tupouata and other persons; and by means of a scheme, plan, and pattern intended to cause Tukutau Tupouata to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

## COUNT 23

[18 U.S.C. § 1589 - Forced Labor;
18 U.S.C. § 1594 - Attempt]

Between on or about May 3, 2001, and January 27, 2003, within the District of Hawaii and elsewhere, Defendant LUELENI

13

FETONGI MAKA did knowingly provide and obtain, and did attempt to knowingly provide and obtain, the labor and services of Taufa Aho, a Tongan national, by threats of serious harm to, and physical restraint against Taufa Aho and other persons; and by means of a scheme, plan, and pattern intended to cause Taufa Aho to believe that if he did not perform such labor and services, he and other persons would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

### COUNT 24

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Salesi Mahe, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Salesi Mahe to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

COUNT 25

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about July 19, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Francis Jonathan Tautua'a, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Francis Jonathan Tautua'a to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

COUNT 26

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Inoke Taufalele, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Inoke Taufalele to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

15

## COUNT 27

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about August 31, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Pita Ma'u, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Pita Ma'u to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 28

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about February 7, 2002, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Tukutau Tupouata, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Tukutau Tupouata to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

16

## COUNT 29

[8 U.S.C. § 1324(a)(2)(B)(ii) – Alien Smuggling]

On or about May 3, 2001, in the District of Hawaii and elsewhere, Defendant LUELENI FETONGI MAKA, knowing and in reckless disregard of the fact that an alien, Taufa Aho, a Tongan national, had not received prior official authorization to come to, enter, and reside in the United States, did bring Taufa Aho to the United States, with the intent to violate the United States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 30

[8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring]

Between on or about May 3, 2001, and January 27, 2003, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Salesi Mahe, a Tongan national, had come to, entered, and remained in the United States, in violation of law, concealed, harbored and shielded Salesi Mahe from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17

## COUNT 31

[8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring]

Between on or about July 19, 2001, and August, 2002, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Francis Jonathan Tautua'a, a Tongan national, had come to, entered, and remained in the United States, in violation of law, concealed, harbored and shielded Francis Jonathan Tautua'a from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT 32

[8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring]

Between on or about August 31, 2001, and October, 2002, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Inoke Taufalele, a Tongan national, had come to, entered, and remained in the United States, in violation of law, concealed, harbored and shielded Inoke Taufalele from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

18

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT 33

[8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring]

Between on or about August 31, 2001, and January 27, 2003, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Pita Ma'u, a Tongan national, had come to, entered, and remained in the United States, in violation of law, concealed, harbored and shielded Pita Ma'u from detection, and attempted to conceal, harbor and shield him from detection, in any place, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT 34

[8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring]

Between on or about February 7, 2002, and October, 2002, in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing and in reckless disregard of the fact that an alien, Tukutau Tupouata, a Tongan national, had come to, entered, and remained in the United States, in violation of law, concealed, harbored and shielded Tukutau Tupouata from detection, and attempted to conceal, harbor and shield him from detection, in

19

any place, for the purpose of commercial advantage and private
financial gain.

All in violation of Title 8, United States Code,
Section 1324(a)(1)(A)(iii).

## COUNT 35

[8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring]

Between on or about May 3, 2001, and January 27, 2003,
in the District of Hawaii, Defendant LUELENI FETONGI MAKA knowing
and in reckless disregard of the fact that an alien, Taufa Aho, a
Tongan national, had come to, entered, and remained in the United
States in violation of law, concealed, harbored and shielded
Taufa Aho from detection, and attempted to conceal, harbor and
shield him from detection, in any place, for the purpose of
commercial advantage and private financial gain.

All in violation of Title 8, United States Code,
Section 1324(a)(1)(A)(iii).

## COUNT 36

[8 U.S.C. § 1324(a)(2)(B)(ii) - Alien Smuggling]

On or about January 27, 2003, in the District of
Hawaii, Defendant LUELENI FETONGI MAKA, knowing and in reckless
disregard of the fact that an alien, Felipe Aho, a Tongan
national, had not received prior official authorization to come
to, enter, and reside in the United States, did bring Felipe Aho
to the United States, with the intent to violate the United

20

States immigration laws, and for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: _____ DEC 1 0 2003 _____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____

J. MICHAEL A. SEABRIGHT
Assistant U.S. Attorney

_____

WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States v. Lueleni Fetongi Maka
Cr. No. 03-00084 SOM
"Second Superseding Indictment"

21