EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2004

at 4 o'clock and 10 min. P. M.
WALTER A.Y.H. CHINN, CLERK

LODGED

DEC 2 1 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CR. NO. 03-00084 SOM |
|                                     ) | |
|               Plaintiff,            ) | GOVERNMENT'S MOTION TO DISMISS |
|                                     ) | COUNT 9 OF THE THIRD |
|       v.                            ) | SUPERSEDING INDICTMENT AND |
|                                     ) | ORDER; CERTIFICATE OF SERVICE |
| LUELENI FETONGI MAKA,               ) | |
|                                     ) | |
|               Defendant.            ) | |

GOVERNMENT'S MOTION TO DISMISS COUNT 9
OF THE THIRD SUPERSEDING INDICTMENT AND ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Count 9 of the Third Superseding Indictment against defendant LUELENI FETONGI MAKA on the ground(s) that there is insufficient evidence

//

//

//

to support a finding of the defendant's guilt as to Count 9 by proof beyond a reasonable doubt.

DATED: December 21, 2004, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____          DEC 22 2004
SUSAN OKI MOLLWAY                   DATED
UNITED STATES DISTRICT JUDGE

United States v. Lueleni Fetongi Maka
Cr. No. 03-00084 SOM
"Government's Motion to Dismiss Count 9 of the Third Superseding Indictment and Order"

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by hand-delivery as set forth below:

WILLIAM M. DOMINGO
Assistant Federal Public Defender
300 Ala Moana Boulevard, Rm. 7-104
Honolulu, Hawaii 96850

Attorney for Defendant
LUELENI FETONGI MAKA

DATED: December 21, 2004, at Honolulu, Hawaii.

_____
Val Dojr