IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 03-00084SOM |
| Plaintiff(s), ) | |
| vs. ) | |
| LUELENI FETONGI MAKA, ) | |
| Defendant(s). ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

### JUDGMENT OF ACQUITTAL

On December 14, 2004, the Jury found Defendant LUELENI FETONGI MAKA, not guilty on count 10. Accordingly, judgment of acquittal on count 10 is entered in favor of Defendant.

Dated at Honolulu, Hawaii on  1/7/05  .

Susan Oki Mollway
United States District Judge

cc: USPO, PTS, USMASD