# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR03-00084SOM

CASE NAME:       USA v. Lueleni Fatongi Maka

ATTYS FOR PLA:   William Shipley

ATTYS FOR DEFT:  no appearance

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    12/12/2005                 TIME:       10:43:38-10:45:44am

COURT ACTION:  EP: Status Conference Re: New Counsel for Defendant - defendant present, in custody.  Defendant's counsel Barry Edwards not present.

Mr. Shipley noted that Mr. Edwards may not have received the notice setting today's Status Conference.  He will inquire with Mr. Edwards and report back to the court.

EO: Per Mr. Shipley, Mr. Edwards was unaware of today's Status Conference.  No further hearing needed today before Judge Chang.  Counsel to contact Judge Mollway's courtroom manager to reschedule the 1/19/06 sentence date.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Lueleni Maka,sa.wpd