IMAGE DELETED
SEE CORRECTIVE
ENTRY