# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00084SOM

CASE NAME:        USA vs.  Lueleni Fatongi Maka

ATTYS FOR PLA:    William Shipley, Jr.

ATTYS FOR DEFT:   Barry Edwards

INTERPRETER:      Aiona Kaufusi

                  Ellie Asasaki (USPO)

---

JUDGE:    Susan Oki Mollway          REPORTER:   Debra Chun

DATE:     4/28/2006                  TIME:       9:15 - 12:10

---

COURT ACTION:  EP: Sentencing to Counts 1 - 8 and 11 - 36 of the Third Superseding Indictment  **(EVIDENTIARY SENTENCING HEARING)** -

Defendant Lueleni Fatongi Maka present, in custody, with interpreter Aiona Kaufusi, who was previously sworn.

Defendant's Witnesses: Pulileka Tuihalafatai CST; Zco Uhatafe CST;  Koien Alex Brown CST; and David Starling CST.

 Discussion held re: objections to the PSR.

Court declines to sentence the defendant to Counts 18 - 23 re: the multiplicity issue.

The Presentence Investigation Report, as amended, and the USPO's recommendation are adopted by the Court, and placed under seal.

Court to sentence the defendant as to Counts 1 - 6, 7, 8, 11, 12 - 17, 24 - 29, and 30 - 36.

Samiana Langi, and Utu Langi addressed the Court.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 20 Years as to Counts 1 - 6 and 12 - 17, to run concurrently with each other;

5 Years as to Counts 7, 8, and 11, to run concurrently with each other and all other counts; and

6 Years as to Counts 24 - 29 and 30 - 36, to run concurrently with each other and with Counts 7, 8 and 11, but consecutively to Counts 1 - 6 and 12 - 17, for a total sentence of 26 Years.

Supervised Release: 3 Years as to each of Counts 1 - 6, 7, 8, 11, 12 - 17, 24 - 29, and 30 - 36, all terms to run concurrently.

Special Assessment: $2,800 ($100.00 as to each count).

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. Since the defendant does not have a recent history of substance abuse and the offense is not drug related, the Court waives the mandatory drug test condition.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant execute all financial disclosure forms requested by the Probation Office and provide access to any requested financial information.

▸ That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

▸    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Court imposes this sentence over Government's objection that the Court has not sentenced the defendant as required by the sentencing guidelines.

Court determines that the sentence is allowed by the guidelines, and the sentence imposed is a reasonable sentence given the offense and the characteristics of the defendant.

Defendant advised of his right to appeal

JUDICIAL RECOMMENDATIONS:   1) West Coast Facility; 2) Vocational and Educational Programs.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.