# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00084SOM |
| CASE NAME: | USA vs. Lueleni Fatongi Maka |
| ATTYS FOR PLA: | William Shipley, Jr. |
| ATTYS FOR DEFT: | Barry Edwards |
| INTERPRETER: | Lois Tiedman |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/8/2006 | TIME: | 11:15 - 11:40 |

COURT ACTION:  EP: Followup to Re Sentencing Hearing -

Defendant Leuleni Fatongi Maka present, in custody, with Interpreter Lois Tiedman, who was previously sworn.

Judge Mollway present by telephone - no objection by the defendant.

Court does not change the sentence that was imposed on 4/28/06, but elaborates on the basis.

Arguments by the Government.

Court states that the sentence imposed is reasonable, and falls within the advisory guidelines.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.