BARRY D. EDWARDS   4509
1431 Alencastre Street
Honolulu, Hawaii 96816
Telephone (808) 737-2100
Fax (808) 732-4499
e-mail: barrydedwards@gmail.com
Attorney for Defendant
   LUELENI FETONGI MAKA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00084 SOM-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| LUELENI FETONGI MAKA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate

Procedure 4 that defendant LUELENI FETONGI MAKA, through appointed

counsel Barry D. Edwards, hereby appeals to the United States Court of Appeals

for the Ninth Circuit from the Judgment in a Criminal Case filed in this action on

_May 12_____, 2006.

DATED: Honolulu, Hawaii, May 12, 2006.

_____
Barry D. Edwards
Attorney for Defendant
LUELENI FETONGI MAKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document will be served on the date of filing, by hand delivery or by mail, to the following party at the following address:

Mr. William L. Shipley, Jr.
Assistant United States Attorney
PJKK Federal Building, Suite 6-100
300 Ala Moana Boulevard
Honolulul, HI 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 12, 2006.

Barry D. Edwards