6/21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-10339**    U.S. District Court Case No. **CR 03.00084.1.SOM**

Short Case Title **USA v. MAKA**

Date Notice of Appeal Filed by Clerk of District Court **MAY 12, 2006**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 17 2006
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

at **1** o'clock and **25** min. __ M

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 11/10/04, 11/12/04, 11/16/04, 11/17/04, 11/18/04, 11/19/04, 11/30/04, 12/1/04, 12/2/04, 12/3/04, 12/6/04, 12/7/04, 12/9/04, 12/14/04, 12/16/04, 12/17/04, 1/4/05, 1/5/05, 1/10/05, 1/12/05 | D. CHUN / C. FAZIO / S. Platt | ~~Voir Dire~~ Opening Statements, Settlement Instructions, Closing Arguments, Jury Instructions, Pre-Trial Proceedings |
| 4/28 & 5/8/06 - SENTENCING HEARING | D. CHUN | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____    Estimated date for completion of transcript _____

Print Name of Attorney **BARRY D. EDWARDS**    Phone Number **808-988-2005**

Signature of Attorney _____

Address **1431 ALENCASTRE ST., HONOLULU, HI 96816**

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
(X) Arrangements for payment were made on **6/30/06**
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**75** Approximate Number of Pages in Transcript--Due Date **7/31/2006**

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **7/28/06**    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)    **08-16-06** (date)    BY: _____ DEPUTY CLERK