ORIGINAL

Lueleni Fetongi Maka
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA  92301-5700

*in propria persona*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2 7 2007

at ___ o'clock and 25 min ___ M
SUE BEITIA, CLERK

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

In re:

LUELENI FETONGI MAKA,

     Petitioner,

  -v-

UNITED STATES OF AMERICA,

     Respondent.
_____ /

CR 03-00084-SOM-

CV07 00163 SOM KSC

✳|⧗|✳✳✳✳⧗||||||⧗|✳✳✳✳✳⧗|||✳✳|||✳✳✳✳||✳⧗|✳✳✳✳✳||✳✳✳✳✳✳✳||✳✳✳✳✳||✳✳||✳✳✳⧗|✳✳✳✳

ON APPLICATION

FOR WRIT OF HABEAS CORPUS

|||||⧗|||✳✳✳✳||✳⧗|✳✳✳✳⧗|||✳✳⧗|✳✳✳||✳✳⧗|✳✳✳|✳✳✳✳⧗|✳✳✳||✳⧗|✳✳||⧗|||✳✳✳✳✳||✳||✳⧗|||✳✳✳✳

SCANNED

TABLE OF CONTENTS

PAGE

Table of Points and Authorities . . . . . . . . .    ii

Table of Exhibits . . . . . . . . . . .    iii

Motion to Vacate (2255 printed form) . . . . . .    1-6

Introduction . . . . . . . . . . . .    7,8

Jurisdiction . . . . . . . . . . . .    9,10

Liberal Construction . . . . . . . . . .    10,11

Verified Petition . . . . . . . . . . .    11-13

Points and Authorities . . . . . . . . .    14-16

CLAIM ONE.   CONVICTION BASED ON PERJURED TESTIMONY . . .    14-16

Requested Remedy . . . . . . . . . . .    16

Conclusion . . . . . . . . . . . .    16

Certificate of Service . . . . . . . . .    17

Declaration . . . . . . . . . . . .    18

Exhibits . . . . . . . . . . .    19-24

   A - Notarized Declaration of Panela Leaatoa . . .    19,20

   B - Notarized Declaration of Soane Kainiufahi . . .    21,22

   C - Notarized Declaration of Fiekaniva Kainiufahi .    23,24

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

TABLE OF POINTS AND AUTHORITIES

PAGE

### UNITED STATES SUPREME COURT

Berger v. United States, 295 U.S. 78, 79 L.Ed. 1314 (1935) . . . . . . . . . .     15

Boag v. MacDougall, 454 U.S. 364, 70 L.Ed.2d 551, 102 S.Ct. 700 (1982) . . . . .     11

Cruz v. Beto, 405 U.S. 319, 31 L.Ed.2d 364, 92 S.Ct. 1079 (1982) . . . . . .     11

Felker v. Turpin, 518 U.S. 651, 135 L.Ed.2d 827, 116 S.Ct. 2333 (1996) . . . . .     10

Haines v. Kerner, 404 U.S. 519, 30 L.Ed.2d 652, 92 S.Ct. 594 (1982) . . . . . .     11

### CIRCUIT COURTS OF APPEAL

Masters v. Eide, 353 F.2d 517 (8th Cir. 1965) . . . . . . . . .     9

Tripaldi v. Herman, 843 F.2d 1160 (9th Cir. 1988) . . . . . . .     10

Womack v. United States, 395 F.2d 630 (D.C. Cir. 1968) . . . . . . . . .     9

### MISCELLANEOUS AUTHORITIES

28 U.S.C. § 2255 . . . . . . . . . . . . .     9,10

Article 1, § 2, United States Constitution . . . . . . .     10

Federal Rules of Civil Procedure, Rule § 5(c) . . . . . .     12

Federal Rules of Civil Procedure, Rule § 8(c) . . . . . .     12

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

TABLE OF EXHIBITS

PAGE

A - Notarized Declaration of Panela Leaatoa  . . . . 19,20

B - Notarized Declaration of Soane Kainiufahi  . . . 21,22

C - Notarized Declaration of Fiekaniva Kainiufahi  . . . 23,24

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

# United States District Court

| District | HAWAII |
|---|---|

| Name of Movant  LUELENI FETONGI-MAKA | Prisoner No.  90129-022 | Case No.  CR-0-00084 SOM |
|---|---|---|

| Place of Confinement  FCI II, Victorville, California |
|---|

| UNITED STATES OF AMERICA    V.    LUELENI FETONGI MAKA,  (name under which convicted) |
|---|

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   District of Hawaii, Honolulu, Hawaii

2. Date of judgment of conviction ____ 11 May 2006

3. Length of sentence _____    IN EXCESS OF TWENTY-FIVE YEARS

4. Nature of offense involved (all counts) _ Involuntary Servitude; Forced Labor; Human

   Trafficking; Unlawful Conduct With Documents Regarding Furtherance of Trafficking;

   Alien Smuggling; Alien Harboring

   _____

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
                              not applicable

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

Page 1

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court __UNITED STATES COURT OF APPEAL, NINTH CIRCUIT__

(b) Result ____Appeal is pending.____

(c) Date of result ____Pending in case number 06-10339.____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____N/A_____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____N/A_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐    N/A

(5) Result_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____N/A_____

(2) Nature of proceeding _____

_____

(3) Grounds raised_____N/A_____

_____

_____

_____

_____

Page 2

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐   N/A

(5) Result_____ N/A _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition,
application or motion?
(1) First petition, etc.       Yes ☐ No ☐     N/A
(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or
treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach
pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional
grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each
statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have
other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which
you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The
motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of
the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED VIA INTRODUCTION OF PERJURY

Supporting FACTS (state *briefly* without citing cases or law) The witnesses against the Petitioner were coerced by the Government's prosecutor into falsely testifying against Petitioner at trial. Three Notarized Declarations by witnesses against Petitioner are attached as Exhibits, and two more are forthcoming. Moreover, one witness to the Government's coercion wishes to remain unidentified, until an Evidentiary Hearing is held.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

AO 243 (Rev. 5/85)

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

N/A

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Federal Defender Domingo

(b) At arraignment and plea  Domingo

(c) At trial  Domingo

(d) At sentencing  Barry D. Edwards, 2868 Kahawii Street, Honolulu HI  96822

AO 243 (Rev. 5/85)

(e) On appeal_____ Edwards

_____

(f) In any post-conviction proceeding _____ N/A

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No. ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____ N/A _____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ N/A _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

21 March 2007
(date)

_____ *Lueleni F. Maka* _____
LUELENI FETONGI MAKA
Signature of Movant

Page 6

```
1   Lueleni Fetongi Maka
    90129-022 (D04-419L)
2   FCI-2, POB 5700
    Adelanto CA  92301-5700
3

4   in propria persona

5

6

7

8                      IN THE

9          UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF HAWAII

11  In re:

12  LUELENI FETONGI MAKA,

13        Petitioner,         Case No. CR-0-00084 SOM

14      -v-

15  UNITED STATES OF AMERICA,      APPLICATION FOR
                                   WRIT OF HABEAS CORPUS
16        Respondent.
    _____ /
17

18                   INTRODUCTION

19  TO THE HONORABLE UNITED STATES DISTRICT JUDGE SUSAN OKI

20  MOLLWAY, Assistant United States Attorney William L. Shipley, and all

21  interested parties, hereto:

22        INTO COURT NOW comes Lueleni Fetongi Maka, known

23  hereinafter as Petitioner, who respectfully asks leave of

24  this Honorable Court to grant Petitioner an Evidentiary

25  Hearing, for the purpose of determining the scope and nature

26                      Page 7
```

MAKA – ON APPLICATION FOR WRIT OF HABEAS CORPUS

1  of deliberately-suborned perjury, which was introduced by

2  the Government's prosecutor, knowingly, willfully, and

3  unconstitutionally, said perjury by numerous witnesses being

4  the sole foundation for Petitioner's conviction at trial.

5        **IN SUPPORT THEREOF,** Petitioner provides this Court

6  with Declarations which have been Notarized and attached as

7  Exhibits by three witnesses at Petitioner's trial.

8        **FURTHER,** at least two more Notarized Declarations

9  are in the process of being perfected.

10        **MOREOVER,** Petitioner apprises this Court that one

11  witness is willing to testify at the Evidentiary Hearing, but

12  until that time, this witness desires to remain anonymous,

13  for fear of retaliation.

14        **WHEREFORE,** Petitioner asks this Honorable Court to

15  review the attached documents, the Points and Authorities in

16  Support, and Petitioner's Declaration, before determining th

17  merits of Petitioner's claims.

18  Dated: 03-21-07

19                    Respectfully submitted,

21                    *[signature]*

22                    LUELENI FETONGI MAKA
                  pro se Petitioner

23                    90129-022 (D04-419L)
                  FCI-2, POB 5700

24                    Adelanto CA  92301-5700

26             Page 8

1                       JURISDICTION

2         This Honorable Court has lawful jurisdiction to

3 review Petitioner's claims for merit under the provisions of

4 Title 28, United States Code, Section § 2255.

5         Petitioner acknowledges that his Direct Appeal is

6 currently pending, but Petitioner contends the interests of

7 fundamental fairness, and justice combine to mandate that

8 this Application for Writ of Habeas Corpus be heard now, as

9 opposed to awaiting a decision on inferior claims pending in

10 the Ninth Circuit Court of Appeals.

11         Petitioner's very freedom is at stake, whereas the

12 claims pending on Direct Appeal cannot result in freedom for

13 Petitioner, even if successful.

14         Petitioner therefore asks that this Honorable

15 Court take the fact of Petitioner's potential freedom into

16 consideration and opt to hear these claims, immediately.

17 See **Womack v. United States**, 395 F.2d 630, 631 (D.C. Cir.

18 1968):

19         "We are of the view that there is no jurisdictional
        bar to the District Court's entertaining a Section

20         2255 motion during the pendency of a direct appeal
        but that the orderly administration of criminal law

21         precludes considering such a motion absent extraordinary
        circumstances." See also **Masters v. Eide**, 353 F.2d

22         517 (8th Cir. 1965).  (emphasis added)

23         Petitioner respectfully contends that potential

24 freedom, as opposed to a reduced sentence, qualifies for the

25 "extraordinary circumstances" cited in the above citation.

26                     Page 9

1    Petitioner further points out that a Section 2255

2  motion is generally the proper vehicle for challenging a

3  conviction or sentence imposition.  See **Tripati v. Henman**,

4  843 F.2d 1160, 1162 (9th Cir. 1988).

5    Article 1, § 2, of the United States Constitution,

6  provides, " ... [t]he Privilege of the Writ of Habeas

7  Corpus shall not be suspended, unless when in Cases of

8  Rebellion or Invasion, the Public Safety may require it."

9  (sic)

10    In 1867, Congress made the writ generally available

11  in "all cases where any person may be restrained of his or

12  her liberty in violation of the Constitution, or of any

13  treaty or laws of the United States.  See **Felker v. Turpin**,

14  518 U.S. 651, 659, 135 L.Ed.2d 827, 837, 116 S.Ct. 2333 (1996).

15    An Application for a Writ of Habeas Corpus may

16  be granted by the United States Supreme Court, any Justice

17  thereof, any District Court, or any Circuit Judge within

18  their respective jurisdictions.  See Title 28, United States

19  Code, at sections §§ 2241, 2254, 2255.

20    This Honorable Court thus has jurisidiction to

21  review Petitioner claims for merit.

22    LIBERAL CONSTRUCTION

23    Because Petitioner is proceeding in this cause

24  of action without benefit of counsel, Petitioner contends he

25  is entitled to a modicum of liberality in the presentation

26    Page 10

1  of his alleged claims of constitutional violations, his

2  Argument, and his supporting Points and Authorities.  See

3  **Haines v. Kerner**, 404 U.S. 519, 30 L.Ed.2d 652, 92 S.Ct. 594

4  (1982); **Cruz v. Beto**, 405 U.S 319, 31 L.Ed.2d 364, 92 S.Ct.

5  1079 (1982); and **Boag v. MacDougall**, 454 U.S. 364, 70 L.Ed.2d

6  551, 102 S.Ct. 700 (1982).

7  **BY VERIFIED PETITION**, it is hereby alleged:

8  1

9  Petitioner is the defendant in the proceedings

10  entitled United States of America versus Lueleni Fetongi

11  Maka, case number CR-0-0008 SOM.

12  2

13  On 14 December 2004, a jury panel returned the

14  verdict of Guilty against Petitioner on multiple counts of

15  Federal offense violations.

16  3

17  On 12 January 2005, the jury panel returned a

18  second verdict following a trial for "sentencing phase"

19  considerations.

20  4

21  On 12 May 2006, Petitioner filed a timely Notice

22  of Appeal.

23  5

24  In September of 2006, the Brief of the Appellant

25  was filed, in case number 06-10339.

26  Page 11

6

The Brief of the Appellee has been filed with the Ninth Circuit Court of Appeals.

7

It is unknown if Appellate Counsel has filed a Reply Brief, due to Appellate Counsel failing to respond to Petitioner's correspondence regarding same.

8

Although the Direct Appeal is pending, information has come to light which reveals the Government's prosecutor deliberately coerced testimony from, and introduced testimony by, numerous witnesses at Petitioner's trial, which was false!

INCORPORATION OF EXHIBITS

Pursuant to Rule 5(c) of the guidelines set forth in 28 U.S.C. § 2255, Petitioner respectfully asks this Court to incorporate for reference the Exhibits attached to this Application for a Writ of Habeas Corpus for review in the determination of merit in Petitioner's claims.

EVIDENTIARY HEARING

In the event this Honorable Court determines that an Evidentiary Hearing is required to resolve Petitioner's claims of alleged constitutional violations, Petitioner asks this Honorable Court to appoint counsel to represent the Petitioner in presenting his claims, pursuant to Rule § 8(c) of the guidelines for a 28 U.S.C. § 2255 proceeding.

Page 12

1    Petitioner respectfully apprises this Honorable

2  Court he is eligible for said appointment, based upon his

3  continued indigency.

4    WHEREFORE, Petitioner requests this Court review

5  the foregoing Verified Statement, the Exhibits, the Argument,

6  and the Points and Authorities in support of said Argument,

7  before determining the merits of Petitioner's claims.

8  Dated: 03-21-07

9                                    Respectfully submitted,

10

11                                    LUELENI FETONGI MAKA
12                                    pro se Petitioner
                                     90129-022 (D04-419L)
13                                    FCI-2, POB 5700
                                     Adelanto CA  92301-5700

14  DOCUMENTS PREPARED BY:

15

16
    David L. Cochran
17  inmate legal assistant/advisor
    02164-097 (D03-317L)
18  FCI-2, POB 5700
    Adelanto CA  92301-5700

19

20

21

22

23

24

25

26                    Page 13

POINTS AND AUTHORITIES

Petitioner respectfully provides this Honorable Court with the following Argument and supporting Points and Authorities, for the express purpose of assisting this Cour in determining the merits of Petitioner's claims.

ONE.    PETITIONER CONVICTED ON THE BASIS OF DELIBERATELY SUBORNED PERJURY INTRODUCED AT TRIAL.

Petitioner has recently discovered the witnesses at his trial had been coerced by the Government's prosecutor into introducing false testimony at Petitioner's trial.

Once Petitioner discovered this unconstitutional occurrence, he acted to obtain Notarized Declarations from these various witnesses.

To date, three have come forward, and two more are in the process of perfecting their Declarations.

Moreover, one particular witness who has specific knowledge of the Government's prosecutor's threats to ALL the witnesses, has volunteered to testify at any Evidentiary hearing this Court may convene, so long as this witness is assured that retaliation taken by the Government's prosecutor will be prevented.

For that reason, the name of this particular witness cannot be divulged until the time of the Hearing.

Petitioner respectfully points out that the American Jurisprudence system demands that the prosecutor act in a

Page 14

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

1  fair and constitutional manner in seeking a conviction for

2  a defendant charges with criminal offenses.

3       In Petitioner's particular circumstances, the

4  Government's prosecutor not only secured false testimony

5  against Petitioner, for the sole purpose of securing a

6  conviction at all costs, but also the prosecutor then

7  reneged on the promises made to the perjurious witnesses!

8  See **Berger v. United States**, 295 U.S. 78, 79 L.Ed.1314 (1935):

9       "The United States Attorney is the representative
        not of an ordinary party to a controversy, but of
10      a soverignty whose obligation to govern impartially
        is as compelling as its obligation to govern at
11      all; and whose interest therefore, in a criminal
        prosecution, is not that it shall win a case, but
12      that justice shall be done.

13      As such, he is in a peculiar and very definite
        sense the servant of the law, the twofold aim
14      of which is that guilt shall  not escape or
        innocence suffer.
15

16      He may prosecute with earnestess and vigor-indeed,
        he should do so.  But, while he may strike hard
        blows, he is not at liberty to strike foul ones.
17

18      It is as much his duty to refrain from improper
        methods calculated to produce a wrongful conviction
        as it is to use every legitimate means to bring
19      about a just one."

20       Petitioner respectfully contends that this act of

21  deliberately suborning perjury against Petitioner was one

22  which should be viewed as reprehensible, and should in no

23  way be condoned in any court in this Nation!

24       Petitioner sat through his two trials, attempting

25  to understand why so many unchallenged falsehoods were being

26                          Page 15

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

1    introduced by these various witnesses, but he was helpless
2    to challenge them to tell the truth.

3         The facts which have now been revealed succinctly
4    explain why these witnesses deliberately lied, and Petitioner
5    finds it inexplicable why the prosecutor would both (1) do
6    everything in his power to secure a false conviction, and
7    (2) take advantage of a number of minority persons who did
8    not comprehend the law, nor the enormity of what they were
9    doing while trying to protect themselves from threatened
10   prosecution by the United States Government's prosecutor.
11   Remedy Requested.

12         Petitioner respectfully asks this Honorable Court
13   to schedule an Evidentiary Hearing and appoint Petitioner
14   counsel, at the earliest possible date, in the interests of
15   justice, for the express purpose of correcting a fundamental
16   miscarriage of justice!

17                    CONCLUSION

18        WHEREFORE, Petitioner asks this Court to grant his
19   requested remedy, for good cause demonstrated.
20   Dated: 03-21-07

21                              Respectfully submitted,
22
23
24   LUELENI FETONGI MAKA
     90129-022 (D04-419L)
25   FCI-2, POB 5700
     Adelanto CA  92301-5700
26                    Page 16

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 21st day of March, 2007, a true and correct photocopy of the foregoing APPLICATION FOR WRIT OF HABEAS CORPUS, plus Exhibits, was mailed via the United States Mail Service, with First-Class Postage affixed thereon, in accordance with the Federal Rules of Civil Procedure, at Rule § 4(a), to:

> William L. Shipley, Esquire
> Assistant United States Attorney
> PJKK  Federal Building, Suite 6-100
> 300 Ala Moana Boulevard
> Honolulu HI  96850

> OFFICE OF THE CLERK
> United States Court of Appeals
> For The Ninth Circuit
> Post Office Box 193939
> San Francisco CA  94119-3939

> Barry D. Edwards, Esquire
> Attorney at Law
> 2868 Kahawai Street
> Honolulu HI  96822

LUELENI FETONGI MAKA
pro se Petitioner
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA  92301-5700

Page 17

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

DECLARATION

1.      I am the Petitioner in this cause of action.

2.      When I was at trial, I realized the witnesses were lying, but I was unable to prove it, and my defense counsel would not listen to me.

3.      I wanted to take the witness stand, but my defense counsel refused to permit me to do so.

4.      Not long ago, several of the witnesses contacted my family and told them the prosecutor had threatened them with criminal charges and deportation, if they did not testify against me.

5.      So far, I have been able to get three Declarations from these witnesses, but others are frightened by the prosecutor.

6.      One witness will testify, if guaranteed to be free from retaliation by the prosecutor.

        If called upon to do so, I would testify truthfully as to the foregoing.

        I declare, under the penalty for perjury, pursuant to 18 U.S.C. § 1001 and § 1651, that the foregoing is true, to the best of my own knowledge, executed at Adelanto, California this 21ST day of March, 2007.

LUELENI FETONGI MAKA
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA  92301-5700

Page 18

1  Luelini Fetongi Maka
   90129-022 (D04-419L)
2  FCI-2, POB 5700
   Adelanto CA  92301-5700
3
4  *in propria persona*
5
6
7
8                        IN THE
9            UNITED STATES DISTRICT COURT
10            FOR THE DISTRICT OF HAWAII
11  In re:
12  LUELINI FETONGI MAKA,
13            Petitioner,           Case No. CR-0-00084 SOM
14        -v-
15  UNITED STATES OF AMERICA,        **APPLICATION FOR WRIT OF
16            Respondent.            HABEAS CORPUS**
                                ___/
17  ———————————————————————
18  STATE OF HAWAII
19                        SS
20  COUNTY OF    Honolulu
21            **Panela Leaatoa,** your Affiant, doeth swear:
22  1.        I was working for Luelini Fetongi Maka, when he was
23  arrested and charged by the Federal Government.
24  2.        The Government's prosecutor threatened me with facing
25  felony charges, if I did not testify against L.F. Maka.
26                        Page 1

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT A-1

19

1    3.      Although I was not held captive, or forced to work in
2    involuntary servitude, by L.F. Maka, the Government's prosecutor
3    compelled me to falsely testify against L.F. Maka, under threat
4    of a term of Federal imprisonment.

5    4.      I was introduced to an Immigration Attorney, who told
6    me, and five other of L.F. Maka's workers, what to say on the
7    witness stand against L.F. Maka, during his trial.

8    5.      Five of us agreed to make specific testimony against
9    L.F. Maka at his trial, but one of the six refused to do so.

10   6.      In exchange for my false testimony, the Government's
11   prosecutor promised me (1) to drop all charges against me;
12   (2) to NOT deport me to Tonga; (3) to find me employment and
13   pay me for two years; and (4) a Green Card at the end of the
14   two-year employment period.

15   7.      I am willing to testify as to the truthfulness of
16   the foregoing in Court, if called upon to do so.

17

18   Dated: 02-07-2007                    _Panela Leaatoa_
19                                        PANELA LEAATOA
                                          87-9912A Farrington Hiway
20                                        Wainae Beach HI  96795

                            NOTARIZATION
21

22
                                         Subscribed and sworn to before me this
23                                       _____ day of February 2007
                                         _Linda A. Woolsey_
24                                       First Judicial Circuit
                                         Notary Public, State of Hawaii
25                                       My commission expires 12-10-2008
                                         LINDA A. Woolsey
26                            Page 2

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT A-2

1  Lueleni Fetongi Maka
   90129-022 (D04-419L)
2  FCI-2, POB 5700
   Adelanto CA  92301-5700
3

4  in propria persona

5

6

7

8                           IN THE

9            UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF HAWAII

11  In re:

12  LUELENI FETONGI MAKA,

13            Petitioner,          Case No. CR-0-00084-SOM

14       -v-

15  UNITED STATES OF AMERICA,      ON APPLICATION FOR
                                   WRIT OF HABEAS CORPUS
16            Respondent.

17  ─────────────────────────  /

18         Soane Kainiufahi, your Affiant, doeth swear:

19  1.       From 1988 for about 14 years, my wife and I were

20  employed by Lueleni Fetongi Maka.

21  2.       When he was arrested by the United States Government

22  for criminal charges, my wife and I were approached by the

23  Government's prosecutor and asked to testify against Maka.

24  3.       The prosecutor advised us that, if we did not

25  testify against Maka, my wife would be charged with Illegal

26                          Page 1

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

                    EXHIBIT B-1

                                            21

1  Entry, convicted, placed in Federal prison, then deported.

2  3.        Under this threat, I falsely testified against Mr.

3  Maka at his trial.

4  4.        In exchange for my false testimony, the prosecutor

5  promised (1) no criminal charges against my wife; (2) no

6  deportation of my wife; (3) a Green Card for my wife after

7  two years; and (4) employment for my wife and I.

8  5.        If called upon to do so, I would testify as to the

9  truthfulness of the foregoing statements.

10

11  Dated: _03-15-07_          _Soane Kainiufahi_
                                SOANE KAINIUFAHI
12                              % Fipe Kolamatangi
                                1120 Arguello Street #5
13                              Redwood City CA   94063

14  STATE OF CALIFORNIA

15                        SS

16  COUNTY OF _Contra Costa_

17                    **NOTARIZATION**

18

19          State of California County of
                _Contra Costa_
20          Subscribed and sworn to (or affirmed)
            Before me on this _15_ day of _March 2007_ by
21          _Soane Poliaki Kainiufahi_
            personally known to me or proved to me on
            the basis of satisfactory evidence to be the
22          person(s) who appeared before me.

23          Signature _Susan Saakian_

24          [Seal]  SUSAN SAAKIAN
                    Commission # 1628757
25                  Notary Public - California
                    Contra Costa County
                    My Comm. Expires Dec 11, 2009

26                              Page 2

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

**EXHIBIT B-2**

22

1  Lueleni Fetongi Maka
   90129-022 (DO4-419L)
2  FCI-2, POB 5700
   Adelanta CA  92301-5700
3

4  in propria persona

5

6

7

8                          IN THE

9          UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF HAWAII

11  In re:

12  LUELENI FETONGI MAKA,

13          Petitioner,          Case No. CR-0-00084-SOM

14      -v-

15  UNITED STATES OF AMERICA,      ON APPLICATION FOR
                                   WRIT OF HABEAS CORPUS
16          Respondent.
   _____ /
17

18      **Fiekāniva Kainiufahi,** your Affiant, doeth swear:

19  1.       For an approximate 14-year period, beginning in

20  1988, I worked for Lueleni Fetongi Maka as a housekeeper and

21  cook, as well as other miscellaneous duties, along with my

22  husband, Soane Kainiufahi.

23  2.       After Mr. Maka was arrested and charged with varied

24  criminal offense, I was approached by the Government's

25  prosecutor and threatened with deportation and criminal

26                         Page 1

EXHIBIT C-1

23

1  charges for Illegal Entry, if I did not testify against Mr.

2  Maka at his trial.

3  3.        My husband was also threatened by the proscutor,

4  if I did not testify.

5  4.        In exchange for my false testimony, I was then

6  promised (1) no Illegal-Entry charges; (2) no deportation;

7  (3)  gainful employment; and (4) a Green Card after a

8  two-year period.

9  5.        If called upon to do so, I would truthfully

10 testify at trial, if called upon to do so.

11

12 Dated: _03-15-07_                    *Fiekaniva Kainiufahi*

13                                     FIEKANIVA KAINIUFAHI
                                       % Fipe Kolomatangi
14                                     1120 Arguello Street #5
                                       Redwood City CA  94063

15 STATE OF CALIFORNIA

16                        SS

17 COUNTY OF _Contra Costa_

18                   NOTARIZATION

19

20        State of California County of
              Contra Costa
21        Subscribed and sworn to (or affirmed)
       Before me on this _15th_ day of _March 20 07_ by
22       Fiekaniva Kainiufahi
       personally known to me or proved to me on
23     the basis of satisfactory evidence to be the
       person(s) who appeared before me.
24
       Signature _Crescencia Cootrin_
25
              (Seal)                    SUSAN SAAKIAN
26                                      Commission # 1628757
                                        Notary Public - California
                   Page 2                Contra Costa County
                                        My Comm. Expires Dec 11, 2009

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

              EXHIBIT C-2

24