```
 1 | Lueleni Fetongi Maka
   | 90219-022 (D04-419L)
 2 | FCI-2, POB 5700
   | Adelanto CA  92301-5700
 3 |
 4 | in propria persona
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 12 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

IN AND FOR THE HONOLULU DIVISION

In re:

LUELENI FETONGI MAKA,

    Petitioner,

  -v-

UNITED STATES OF AMERICA,

    Respondent.

CR 03-00084 SOM

Case No. CV 07-00163 SOM KSC

**MOTION FOR PERSONAL APPEARANCE AT STATUS CONFERENCE**

TO THE HONORABLE UNITED STATES MAGISTRATE KEVIN S.C. CHANG, The United States Attorney for the District of Hawaii, and all interested parties hereto:

    **INTO COURT NOW** comes Lueleni Fetongi Maka, herafter Petitioner, who respectfully asks leave of the Honorable Court for an Order requiring Petitioner's personal presence at the schedule Status Conference of 29 June 2007.

Page 1

MAKA - MOTION FOR PERSONAL APPEARANCE

1     IN SUPPORT THEREOF, Petitioner apprises this Court
2  that he is currently attempting to secure private counsel to
3  represent Petition in these proceedings, but if he is not
4  successful, counsel will be needed to represent Petitioner's
5  claims at said conference, and sufficient time will be needed
6  to consult with either private or appointed counsel.
7     MOREOVER, inasmuch as Petitioner's claims will be
8  directly supported by the testimony of one particular witness
9  who is currently fearful of retaliatory measure taken by the
10 United States Government, this witness's identify must remain
11 unknown until the actual hearing is scheduled and held.
12    WHEREFORE, the interests of both justice and judicial
13 economy would be best served by granting this request, for
14 good cause demonstrated.
15 Dated: 04-05-07

Respectfully submitted,

_____
LUELENI FETONGI MAKA
pro se Petitioner
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA  92301-5700

Page 2

MAKA – MOTION FOR PERSONAL APPEARANCE

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 5th day of April, 2007, a true and correct photocopy of the foregoing MOTION FOR PERSONAL APPEARANCE was mailed, via the United States Mail Service, with First-Class Postage affixed thereon, in accordance with Rule § 4(a) of the Federal Rules of Civil Procedure, to:

> William L. Shipley, Esquire
> Assistant United States Attorney
> PJKK Federal Building, Suite 6-100
> 300 Ala Moana Boulevard
> Honolulu HI 96850

_/s/ L. R. Maka_
LUELENI FETONGI MAKA
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA 92301-5700

Page 3

MAKA - MOTION FOR PERSONAL APPEARANCE