

Lueleni Fetongi Maka
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanto, CA 92301-5700
Federal Correctional Complex

UNITED STATES DISTRICT COURT
For The District of Hawaii
Attn: Walter A.Y.H. Chinn
  District Court Clerk
300 Ala Moana Boulevarad, C-338
Post Office Box 50129
Honolulu HI 96850-0338

Case No. CV 07-00163 SOM KSC