Lueleni Fetongi Maka
90219-022 (D04-419L)
FCI-2, POB 5700
Adelanto CA  92301-5700

5 April 2007

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 12 2007

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
For The District of Hawaii
Attn:  Walter A.Y.H. Chinn
       District Court Clerk
300 Ala Moana Blvd., C-338
Post Office Box 50129
Honolulu HI  96850-0338

                    re:  Maka v. United States
                          Case No. CV 07-00163 SOM KSC

Mr. Chinn:

Enclosed please find one original and two photocopies of my MOTION FOR PERSONAL APPEARANCE at the scheduled Status Conference on the 29th of June, 2007.  I would be grateful if one of your staff could file these documents with the District Court at his or her earliest convenience.

In accordance with the Federal Rules of Civil Procedure, at Rule § 4(a), I have provided a true and correct photocopy of this document to the United States Attorney's Office, for the District of Hawaii.

Thanking you in advance for your time and courtesy, I remain

Respectfully,

*L.F. Maka*
L.F. Maka
Federal prisoner


ENCL