IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUELENI FETONGI MAKA, #90219-022, ) ) ) Petitioner, ) ) vs. ) ) UNITED STATES, ) ) Respondents. ) _____ | CIV. NO. 07-00163 SOM-KSC CR. NO.  03-00084  SOM ORDER DENYING MOTION AND FOR PERSONAL APPEARANCE |

**ORDER DENYING MOTION FOR PERSONAL APPEARANCE**

Petitioner has filed a Motion for Personal Appearance in this action brought pursuant to 28 U.S.C. § 2255.  Apparently, when his petition was filed, the Office of the Clerk inadvertently issued an Order Setting Rule 16 Conference, setting June 29, 2007, as the date for the preliminary status conference. Petitioner is notified that Rule 16 scheduling and status conferences are not routinely held in § 2255 actions.  At this point, there is no scheduled status conference in this case.

If the court determines later that a status conference is necessary, Petitioner is notified that pretrial proceedings in

prisoner actions are conducted by telephone or other communications technologies that allow the prisoner to stay in his penal institution.  See 42 U.S.C. § 1997e(f).  The Motion for Personal Appearance is DENIED.

　　　　　IT IS SO ORDERED.

　　　　　DATED:  Honolulu, Hawaii, April 13, 2007.



　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kevin S.C. Chang
　　　　　　　　　　　　　　　　United States Magistrate Judge

MAKA v. U.S., CIV. NO. 07-00163 SOM-KSC, CR. NO. 03-00084 SOM; ORDER DENYING MOTION FOR PERSONAL APPEARANCE; dmp\Non-Disp Ords 07\MAKA 07-163 (2255 dny mot to appear at R16)