IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUELENI FETONGI MAKA,<br>Reg. No.: 90129-022<br>   Movant<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>   Plaintiff | CIV.NO.07-00163 SOM-KSC<br>CR.NO. 03-00084 SOM<br><br>MOVANT MOTION TO DISMISS HIS<br>PENDING SECTION 2255 MOTION-<br>WITHOUT PREJUDICE |

TO THE HONORABLE SUSAN OKI MOLLWAY, UNITED STATES DISTRICT JUDGE

COMES NOW, LUELENI FETONGI MAKA, Movant-pro-se, files this his Motion to Dismiss His Pending Section 2255 Motion Without Prejudice, and shows this Honorable Court the following:

I.

1). On March 27, 2007, the pending section 2255 motion was filed with this Court, now Movant is requesting that this Court will dismiss said motion without prejudice for the following reason(s):

(A). Movant states that through inadvertance the Section 2255 motion was filed, with this Court alleging the claim of newly discovered evidence. The Section 2255 motion should be dismissed without prejudice, so that Movant might present his claim of newly discovered evidence issue using the proper vehicle, that is, a Motion For A New Trial, pursuant to Federal Rules of Criminal Procedure Rule 33(b)(1); and

(B). The state of the law is, Movant will have to seek permission from the Circuit Court to file a seconf Sect. 2255 motion, should this Court decide the issue(s), or should his direct appeal is affirmed. The law is unclear, whether this pending Sec 2255 motion will count as Movant's first Sect. 2255 motion, and to file another he would have to meet the requirements of Title 28 U.S.C. Section 2244, therefore, the pending Sect. 2255 motion should be dismissed without prejudice.

## CONCLUSION

For these reasons, Movant respectfully moves this Honorable Court to dismiss his pedning Sect. 2255 motion without prejudice for the reasons stated, and for those reason(s) of the Court, without prejudice.

Respectfully submitted,

Lueleni F. Maka-Pro-Se
Reg. 90129-022
FCI-Institution-II
P.O. Box 5700
Adelanto, CA 92301-5700

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion has been mailed to the following parties:

William L. Shipley
Assistant U.S. Attorney
PJKK Federal Building, Suite 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850

and

Barry D. Edwards
Attorney @ Law
P.O. Box 1598
Kailua, HI 96734

on this the ___30th___ day of __April__, 2007.

_____
Lueleni F. Maka-Pro-se

3