Mr. Lueleni F. Maka
Reg. No. 90129-022
FCI-Institution-II
P.O.Box 5700
Adelanto, CA 92301-5700

April 30, 2007

United States District Court
  Office Of The Clerk
District Of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

RE: <u>Lueleni Fetongi Maka vs. United States</u>
  CIV. No. 07-00163 SOM-KSC
  CR   No. 03-00084 SOM

Dear Sir/or Mrs:

Enclosed you will find an Original copy of Mr. Maka's Motion to Dismiss His Pending Section 2255 Motion Wihtout Prejudice, please file it with the Court for review and provide me with a filed maked copy.

Thank you.

Sincerely,

*Lue F. Maka*
Lueleni F. Maka
xc:file
  Mr.William L. Shipley
  Asst. U.S. Atty.
  Mr. Barry D. Edwards
  Atty. of Record