Mr. Lueleni F. Maka
Reg. No. 90129-022
FCI-Institution-II
P.O. Box 5700
Adelanto, CA 92301-5700

***LEGAL MAIL**

SAN BERNARDINO CA 924
01 MAY 2007 PM 2 L

United States District Court
Office of The Clerk
District Of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338



"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

MAY 0 1 2007