1    the farm -- become to come from Tonga to live at the farm?

2    A    (Through Interpreter)  Yes.

3    Q    And what were their names?

4    A    (Through Interpreter)  Salesi and Taufa.

5    Q    Did you ever meet a young man named Francis Tautua'a

6    at the farm?

7    A    (Through Interpreter)  Yes.

8    Q    Did he come to the farm to live before you and your

9    wife left for California?

10    A    (Through Interpreter)  I don't know if he was living

11    there, but he always come there.

12    Q    Did you ever talk to Mr. Maka about the young men?

13    A    (Through Interpreter)  No.

14    Q    Did Mr. Maka ever tell you anything about them?

15    A    (Through Interpreter)  No.

16    Q    Did you know anything about their immigration status?

17    A    (Through Interpreter)  No.

18    Q    Did you ever see Mr. Maka strike any of the young men

19    living at the farm?

20    A    (Through Interpreter)  Yes.

21    Q    And were you living at the farm at that time?

22    A    (Through Interpreter)  Yes.

23    Q    Where did this incident happen that you saw?

24    A    (Through Interpreter)  At the farm.

25    Q    Were you inside the building that you lived in?

1    A    (Through Interpreter)  Outside.

2    Q    And what did you see happen?

3    A    (Through Interpreter)  Mr. Maka hit Salesi with a

4    piece of lumber.

5    Q    How far away from you -- how far away were you from

6    Mr. Maka and Salesi when this happened?

7    A    (Through Interpreter)  About five -- you do this five

8    times; you hold hand.

9    Q    How many meters away were you?

10   A    (Through Interpreter)  Six.

11   Q    And had Mr. Maka and Salesi been at the farm with you

12   that evening?

13   A    (Through Interpreter)  Yes.

14   Q    Had Salesi been gone during the day?

15   A    (Through Interpreter)  Yes.

16   Q    And when he came back to the farm, did he come back

17   alone?

18   A    (Through Interpreter)  Yes.

19   Q    Was Mr. Maka at the farm when he came back?

20   A    (Through Interpreter)  Yes.

21   Q    Did you see if they arrived together in Mr. Maka's

22   truck?

23   A    (Through Interpreter)  Yes.

24   Q    Did they arrive together?

25   A    (Through Interpreter)  Yes.

1   Q     Did you see them inside Mr. Maka's truck together?

2   A     (Through Interpreter)  Yes.

3   Q     Did you see them get out of the truck?

4   A     (Through Interpreter)  Yes.

5   Q     Was Mr. Maka angry?

6           MR. DOMINGO:  Objection, Your Honor.

7   Speculation.

8           THE COURT:  Sustained.

9   BY MR. SHIPLEY:

10  Q     Was Mr. Maka talking?

11  A     (Through Interpreter)  Yes.

12  Q     Was he talking loudly?

13  A     (Through Interpreter)  Yes.

14  Q     Was he yelling?

15  A     (Through Interpreter)  Yes.

16  Q     Did he seem angry from the tone of his voice?

17  A     (Through Interpreter)  Yes.

18  Q     Do you remember the things that he was saying?

19  A     (Through Interpreter)  Yes.  He was swearing.

20  Q     And you said he struck Salesi with a piece of lumber.

21  Was this after they got out of the truck?

22  A     (Through Interpreter)  Yes.

23  Q     And how many times did you see him strike Salesi with

24  a piece of lumber?

25  A     (Through Interpreter)  Two times.

1   Q     Where on his body did he hit him?

2   A     (Through Interpreter)   In the back.

3   Q     Did Salesi fall to the ground?

4   A     (Through Interpreter)   Yes.

5   Q     What did Mr. Maka do after he fell to the ground?

6   A     (Through Interpreter)   Just shouting to Salesi.

7          MR. SHIPLEY:   I'm sorry, Miss Interpreter.   I

8   didn't hear you.

9          THE INTERPRETER:   Just shouting talking to

10  Salesi.

11  BY MR. SHIPLEY:

12  Q     Did you remember what he was saying after Salesi was

13  on the ground?

14  A     (Through Interpreter)   No.

15  Q     Did you see Mr. Maka hit Salesi with anything other

16  than the piece of lumber?

17  A     (Through Interpreter)   No.

18  Q     As Mr. Maka was hitting Salesi, was Salesi saying

19  anything?

20         MR. DOMINGO:   Object, Your Honor.   Calls for

21  hearsay.

22         MR. SHIPLEY:   That would be an excited

23  utterance.

24         THE COURT:   Well, maybe yes, maybe no.   I don't

25  know what it was.   Can you -- you want a bench conference

1    on this, or you want to move to another --

2            MR. SHIPLEY:  Well, we can have a brief

3    conference, but being hit with a piece of lumber I think

4    what he said would be an excited utterance.

5            THE COURT:  It may be.  Since I don't know what

6    he said I cannot make that determination.  It would depend

7    on what he said.

8        (Juror raises hand.)

9            THE COURT:  You need a break?

10           MR. SHIPLEY:  If you can take a moment, I can

11   tell you what the answer is.

12           THE COURT:  That's what I was having the bench

13   conference for, but in any event a juror needs a break.

14           MR. SHIPLEY:  I'm sorry.  I thought you asked me

15   if I wanted a break.

16           THE COURT:  Take a 10-minute break.

17       (Jury excused.)

18           THE COURT:  So the witness can step down for 10

19   minutes.

20       (Witness excused.)

21           THE COURT:  Okay.  Do you want to make an offer

22   as to what was said.

23           MR. SHIPLEY:  The offer of proof is simply he

24   heard Mr. Mahe to plead please stop hitting him.

25           MR. DOMINGO:  Your Honor, I don't know that.  We

1    don't have any statements of Mr. Kainiufahi saying

2    whatever Mr. Mahe says.

3              THE COURT:  Well, but this witness is going to

4    say he heard this; right?  And so why isn't it under the

5    excited utterance exception?

6              MR. DOMINGO:  Well, Your Honor, I'm not sure if

7    that's what he's going to say.

8              THE COURT:  Well, that's the offer being made.

9              MR. DOMINGO:  That's the offer being said.

10             THE COURT:  Okay.

11             MR. DOMINGO:  And if it doesn't, Your Honor, I

12   don't know at this point.

13             THE COURT:  Well, I'll have Mr. Shipley confirm

14   that before the answer is given.  Then, assuming that you

15   get that confirmation, when we come back from the break,

16   you can ask that.  I'll overrule the objection.

17             MR. SHIPLEY:  Okay.  First time I heard that

18   this statement was made was when we were talking to him

19   this morning.  I hadn't asked him if he had heard Mr. Mahe

20   say anything before.  I had asked him if he heard Mr. Maka

21   say something but not if he heard Mr. Mahe say something.

22   So, when he told me this morning, yeah, he said, "Quit

23   hitting me," that was the first I'd heard.

24             THE COURT:  Why don't you check with him if

25   that's going to be the answer to your question, and then,

1    if it is, then you can go ahead and ask.  Objection's

2    overruled.  He can answer.

3              MR. SHIPLEY:  I apologize.  I thought you asked

4    me if I wanted to take a break.

5              THE COURT:  That's okay.  I realize that's what

6    happened, but I was just kind of surprised when you said

7    if we just can take a moment.  I thought okay, but this

8    guy is raising his hand; he really has to go to the

9    bathroom, and that takes priority over all of our concerns

10    because they're not going to listen to any evidence if

11    they have to go to the bathroom.  Okay.

12              MR. DOMINGO:  Your Honor, just briefly because

13    this witness was the -- was at issue regarding one of the

14    404(b) issues.  I'm not sure whether or not Mr. Shipley is

15    going to get into anything else other than what he's

16    talking about right now.

17              MR. SHIPLEY:  I think I have two questions of

18    him.  That's it.  I'm not going to go into the 404(b).

19              THE COURT:  Right.  I understood that he wasn't

20    because the deal was that, if you were going to go into

21    that, he would have to raise it with me first.  So I think

22    you can rest assured that, if you don't hear, Mr.

23    Shipley's not going into the 404(b) issues.

24              MR. DOMINGO:  Very well, Your Honor.  Thank you.

25              THE COURT:  Okay.  So I'll see you folks in 10