1  Lueleni Fetongi Maka
   90129-022 (D04-419L)
2  FCI-2, POB 5700
   Adelanto CA  92301-5700
3

4  *in propria persona*

5

6

7

8                          IN THE

9            UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF HAWAII

11  In re:

12  LUELENI FETONGI MAKA,

13            Petitioner,          Case No. CR-0-00084-SOM

14       -v-

15  UNITED STATES OF AMERICA,      ON APPLICATION FOR
                                   WRIT OF HABEAS CORPUS
16            Respondent.

17  ──────────────────────────── /

18            **Soane Kainiufahi**, your Affiant, doeth swear:

19  1.        From 1988 for about 14 years, my wife and I were

20  employed by Lueleni Fetongi Maka.

21  2.        When he was arrested by the United States Government

22  for criminal charges, my wife and I were approached by the

23  Government's prosecutor and asked to testify against Maka.

24  3.        The prosecutor advised us that, if we did not

25  testify against Maka, my wife would be charged with Illegal

26                          Page 1

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT B-1

21

1    Entry, convicted, placed in Federal prison, then deported.

2    3.        Under this threat, I falsely testified against Mr.

3    Maka at his trial.

4    4.        In exchange for my false testimony, the prosecutor

5    promised (1) no criminal charges against my wife; (2) no

6    deportation of my wife; (3) a Green Card for my wife after

7    two years; and (4) employment for my wife and I.

8    5.        If called upon to do so, I would testify as to the

9    truthfulness of the foregoing statements.

10

11   Dated: _03-15-07_                    _Soane Kainiufahi_
                                          SOANE KAINIUFAHI
12                                        % Fipe Kolamatangi
                                          1120 Arguguello Street #5
13                                        Redwood City CA  94063

14   STATE OF CALIFORNIA

15                        SS

16   COUNTY OF _Contra Costa_

17                      NOTARIZATION

18

19   State of California County of
     _Contra Costa_
20   Subscribed and sworn to (or affirmed)
     before me on this 15 Hay of March 2007 by
21   _Soane Poliaki Kainiufahi_
     personally known to me or proved to me on
22   the basis of satisfactory evidence to be the
     person(s) who appeared before me.

23   Signature _Susan Saakian_

24                    SUSAN SAAKIAN
                      Commission # 1628757
25                    Notary Public - California
                      Contra Costa County
26                    My Comm. Expires Dec 11, 2009

                      Page 2

     MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

                      EXHIBIT B-2

                                                  22