```
Lueleni Fetongi Maka
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanta CA  92301-5700

in propria persona
```

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: | |
| LUELENI FETONGI MAKA, | |
| Petitioner, | Case No. CR-0-00084-SOM |
| -v- | |
| UNITED STATES OF AMERICA, | ON APPLICATION FOR WRIT OF HABEAS CORPUS |
| Respondent. | |

**Fiekāniva Kainiufahi**, your Affiant, doeth swear:

1. For an approximate 14-year period, beginning in 1988, I worked for Lueleni Fetongi Maka as a housekeeper and cook, as well as other miscellaneous duties, along with my husband, Soane Kainiufahi.

2. After Mr. Maka was arrested and charged with varied criminal offense, I was approached by the Government's prosecutor and threatened with deportation and criminal

Page 1

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT C-1

23

1  charges for Illegal Entry, if I did not testify against Mr.
2  Maka at his trial.
3  3.   My husband was also threatened by the proscutor,
4  if I did not testify.
5  4.   In exchange for my false testimony, I was then
6  promised (1) no Illegal-Entry charges; (2) no deportation;
7  (3) gainful employment; and (4) a Green Card after a
8  two-year period.
9  5.   If called upon to do so, I would truthfully
10 testify at trial, if called upon to do so.

12 Dated: 03-15-07

   *Fiekaniva Kainiufahi*
   FIEKANIVA KAINIUFAHI
   % Fipe Kolomatangi
   1120 Arguguello Street #5
   Redwood City CA  94063

15 STATE OF CALIFORNIA
16                SS
17 COUNTY OF Contra Costa

18             NOTARIZATION

State of California County of
Contra Costa
Subscribed and sworn to (or affirmed)
Before me on this 15th day of March, 07 by
Fiekaniva Kainiufahi
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature _____

(Seal)

SUSAN SAAKIAN
Commission # 1628757
Notary Public - California
Contra Costa County
My Comm. Expires Dec 11, 2009

Page 2
MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT C-2

24