Mr. Lueleni F. Maka
Reg. No. 90129-022
P.O. Box 5700
Adelanto, CA 92301-5700

May 10, 2007

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 14 2007

DISTRICT OF HAWAII

Office Of The Clerk
United States District Court
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338

RE: United States v. Maka
    D.C. NO. CR-0-00084-SOM

Dear Sir/or Mrs:

Enclosed you will find an Original copy of Mr. Maka's Motion For A New Trial, based on Newly Discovered Evidence, pursuant to Fed. R. Crim. Proc., Rule 33(b)(1), please file it with the Court for review.

Copies has been served upon all concerned parties.

Thank you.

Sincerely,

*Lueleni F. Maka*
Lueleni F. Maka
xc:file

Legal-mail

Mr. Lueleni F. Maka
Reg. No. 90129-022
FCI-Institution-II P.O. Box 5700
Adelanto, CA 92301-5700
**LEGAL MAIL**

"The enclosed letter was processed through special mailing procedure for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

MAY 10 2007

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 14 2007

DISTRICT OF HAWAII

Office Of The Clerk
United States District Court
300 Ala Mana Blvd., C-338
Honolulu, HI 96850-0338

