UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

May 15, 2007

**VIA FAX**
Mr. Barry D. Edwards
2868 Kahawai St
Honolulu, HI 96822
988-2005
Fax: 988-2044

Re: United States of America v. Maka; Cr. 03-00084

Dear Mr. Edwards:

On May 14, 2007, your client, Mr. Maka, filed a Motion for a New Trial (Doc. No. 214). Because he is represented by counsel, the court requests that, no later than May 21, 2007, you clarify whether you are adopting that filing. If you do not adopt the Motion for a New Trial as if it were filed by you, the court intends to deny the motion because Mr. Maka is not allowed to file motions in this court while he is represented by counsel. Any such denial would be without prejudice to the filing of any matter after the Ninth Circuit decides his appeal.

Very truly yours,

Susan Oki Mollway
United States District Judge

cc: Lueleni Fetongi Maka
    William L. Shipley, Jr.

## MESSAGE CONFIRMATION                    MAY-15-2007 03:58 PM TUE

```
                                        FAX NUMBER  :  808 541 1724
                                        NAME        :  US DISTRICT COURT

NAME/NUMBER    :  92396977
PAGE           :  2
START TIME     :  MAY-15-2007 03:57PM TUE
ELAPSED TIME   :  00'16"
MODE           :  STD ECM
RESULTS        :  [ O.K ]
```



**CHAMBERS OF JUDGE SUSAN OKI MOLLWAY**
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

DATE:      May 15, 2007

TO:        Barry D. Edwards       FAX: 239-6977
           William L. Shipley     FAX: 2958

FROM:      Joni Gross, secretary to Judge Susan Oki Mollway

PAGES:     ___2___ including this page

RE:        USA v. Maka, Cr. 03-00084

SENDING:   Ltr fr Judge Mollway to Mr. Edwards dated May 15, 2007.

COMMENTS:

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

MULTI COMMUNICATION REPORT

MAY-15-2007 03:34 PM TUE

FAX NUMBER : 808 541 1724
NAME       : US DISTRICT COURT

REF. NAME :
PAGES     : 2

1. SUCCESSFUL

| FAX NUMBER | NAME |
|---|---|
| 2958 | |

2. UNSUCCESSFUL

| FAX NUMBER | NAME |
|---|---|
| 99882044 | |

3. MULTI COMMUNICATION JOURNAL

| NO. | NAME/NUMBER | START TIME | TIME | MODE | PAGE | RESULTS |
|---|---|---|---|---|---|---|
| 966 | 2958 | 05-15 03:33PM | 00'18" | ECM BC | 002/002 | [ O.K ] |
| 966 | 99882044 | 05-15 03:33PM | 00'00" | G3 BC | 000/002 | [ NO ANSWER ] |