*CORRESPONDENCE*

Barry D. Edwards
Lawyer
P. O. Box 6599
Kaneohe, Hawaii 96744
Telephone (808) 239-6976
Fax (808) 239-6977
email:barrydedwards@gmail.com

May 21, 2007

Honorable Susan Oki Mollway          **BY FAX: 541-1724**
United States District Judge
PJKK Federal Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

        Re:    United States v. Maka, CR. NO. 03-00084 *Som*

Dear Judge Mollway:

        This letter responds to yours received by fax on May 15, 2007, regarding the Motion for a New Trial (Doc. No. 214) filed by Mr. Maka on May 14.

        Coincidentally, I was in San Francisco arguing Mr. Maka's pending appeal in this case on that date. Since the case is still before the Court of Appeals, and Mr. Maka did not inform me or consult about the motion's filing, I do not adopt it.

        I acknowledge your intent to deny the motion without prejudice, permitting the filing of matters after the Ninth Circuit decides his appeal.

                                        Sincerely,

                                        Barry D. Edwards

cc: William L. Shipley, Jr., Esq., By Fax: 541-2958
    Mr. Maka