Mr. Leuleni F. Maka
Reg. 90129-022
FCI-II Institution
P.O. Box 5700
Adelanto, CA 92301-5700

May 30, 2007

Honorable Susan Okl Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard, Room C-409
Honolulu, Hawaii 96850-0409

RE: United States v. Maka; CR.03-00084

Dear Judge Mollway:

I received your letter to Mr. Barry Edwards, requesting that he respond to your letter, as to whether he adopted my Motion For New Trial, as if he filed it himself.

I also received Mr. Edward's response to your letter, thus stating that he do not adopt my Motion For New Trial. Mr. Edward stated in his letter that I did not inform him that I filed this motion with the Court. I find that to be untrue. I serviced a copy upon him by mailing such from the Mail Room here at this institution, therefore, if that is his reason for not adopting my motion that reason is unfounded.

I also, filed with the Ninth Circuit a Motion For Remand this case to your Court on the same day and attached a copy of my Motion For A New Trial. Each party was proved with a copy of my motion.

Therefore, I hope that you will give due consideration to this matter. I await your reply.

Sincerely,

*Lueleni F. Maka* (signature)
Lueleni F. Maka

xc: File
    Mr. Barry Edwards