NAME Lueleni F. Maka
REG # 90129-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

Legal Mail

SAN BERNARDINO CA 924
31 MAY 2007 PM 5 T



3c USA

Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard, Rm. C-409
Honolulu, Hawaii 96850-0409