

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 06 2007
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK
OFFICIAL BUSINESS

UNK

Lueleni Fatongi Maka
90129-022
FCI - Institution II
P. O. Box 5700
Adelanto, CA 92301-5700

CR 03-00084 SOM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LUELENI FETONGI MAKA, | ) | Cr. No. 03-00084 SOM |
| Movant, | ) | |
| vs. | ) | ORDER DENYING MAKA'S MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) | |

ORDER DENYING MAKA'S
MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE

On May 14, 2007, Lueleni Fetongi Maka filed a pro se motion for a new trial based on newly discovered evidence pursuant to Rule 33(b)(1) of the Federal Rules of Criminal Procedure. See Motion for a New Trial Based on Newly Discovered Evidence (May 14, 2007). This motion was filed pro se despite Maka's representation by appointed counsel in this court and in his pending appeal to the Ninth Circuit. See Amended Notice of Appeal (May 16, 2006). Maka's counsel has declined to adopt his Rule 33(b)(1) motion. See Letter from Barry D. Edwards to Judge Mollway (May 21, 2007).

This court is under no obligation to entertain pro se motions filed by a defendant while the defendant is represented by counsel on appeal. See Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party."); United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir. 1981) ("A

criminal defendant does not have an absolute right to both self-representation and the assistance of counsel."); United States v. Gallardo, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995) ("A person represented by an attorney cannot file pro se motions."); see also United States v. Michlin, 34 F.3d 896, 897 (9th Cir. 1994) (noting that the district court struck a pro se motion on the ground that defendants were represented by counsel).

Furthermore, Rule 33(b)(1) provides: "If an appeal is pending, the court may not grant a motion for a new trial until the appellate court remands the case." As Maka's appeal is still pending, this court is without jurisdiction to grant his motion. Even if Maka has a valid basis for a Rule 33(b)(1) motion, this court cannot grant the motion unless the appellate court remands the case to this court. See United States v. Hays, 454 F.2d 274, 275 (9th Cir. 1972).

Accordingly, the court denies Maka's May 14, 2007, motion without prejudice. Maka may file appropriate motions after his appeal has been fully decided or after the case has been remanded. Of course, Maka may file such motions pro se only if he is no longer represented by counsel.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 21, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Maka, Cr. No. 03-00084 SOM; ORDER DENYING MAKA'S MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE.

3

Orders on Motions
1:03-cr-00084-SOM USA v. Maka **CASE CLOSED on 05/11/2006**

U.S. District Court

District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 5/21/2007 at 12:35 PM HST and filed on 5/21/2007
**Case Name:** USA v. Maka
**Case Number:** 1:03-cr-84
**Filer:**
**Document Number:** 216

**Docket Text:**
ORDER DENYING MAKA'S MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE [214] as to Lueleni Fatongi Maka (1)- Signed by Judge SUSAN OKI MOLLWAY on 5/21/07. [The court denies Makas May 14, 2007, motion without prejudice. Maka may file appropriate motions after his appeal has been fully decided or after the case has been remanded.] (emt, )


**1:03-cr-84-1 Notice has been electronically mailed to:**
Barry D. Edwards   barrydedwards@gmail.com
William L. Shipley, Jr   william.shipley@usdoj.gov, william.shipley@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, gloria.parker@usdoj.gov

**1:03-cr-84-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/21/2007] [FileNumber=285690-0]
[bb810603fa6f2368765b7f4e020927a38e122aab7ca6a7fd34aae23dd393017d7a90
b5ffc0df629349aa6d9055738cb1079fbbc713f934f4d81c35e6419d0a90]]