MOAPI    INVATT
                                                                              i

INTERNAL USE ONLY: Proceedings include all events.
06-10339 USA v. Maka

UNITED STATES OF AMERICA          Leslie E. Osborne, Jr., Esq.
     Plaintiff - Appellee         FAX 808/541-2958
                                  808/541-2850
                                  Ste. 6-100
                                  [COR LD NTC aus]
                                  William L Shipley
                                  FAX 808/541-2958
                                  808/541-2850
                                  Room 6-100
                                  [LD NTC aus]
                                  USH - OFFICE OF THE U.S.
                                  ATTORNEY
                                  PJKK Federal Building
                                  300 Ala Moana Blvd.
                                  P.O. Box 50183
                                  Honolulu, HI 96850

     v.

LUELENI FETONGI MAKA              Barry D. Edwards, Esq.
     Defendant - Appellant        FAX 808/239-6977
                                  808/239-6976
                                  [COR LD NTC cja]
                                  P.O. Box 6599
                                  Kaneohe, HI 96744