# MINUTES

CASE NUMBER:     CR 03-00084SOM

CASE NAME:       USA vs. Lueleni Fatongi Maka

ATTYS FOR PLA:   William Shipley, Jr.

ATTYS FOR DEFT:  Barry Edwards

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     7/13/2007                TIME:        10:30 - 10:45

COURT ACTION:   EP: Status Conference re: 9th Circuit Judgment -

Defendat Lueleni Fatongi Maka not present, and his presence is waived for purposes of this hearing.

Mr. Edwards informed the court that M. Cora Avinante may have been appointed to represent the defendant upon the filing of the motion for a new trial.

He, nor the CRM, was able to contact Ms. Avinante for purposes of this hearing.

Discussion held.

Government oral motion to dismiss the counts in the Indictment that the Court declined to sentence the defendant on based on multiciplicity - no opposition - Granted.

Court to prepare the order and will send to all counsel, the defendant and to Ms. Avinante.

No pending motions remain before this Court.

Submitted by: Toni Fujinaga, Courtroom Manager.