IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00084 SOM |
| | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER DISMISSING COUNTS |
|   vs. | ) | |
| | ) | |
| LUELENI FATONGI MAKA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER DISMISSING COUNTS

      Consistent with the ruling of the Ninth Circuit on appeal, this court grants the Government's oral motion to dismiss Counts 18 to 23, the forced labor counts that this court previously found multiplicitous.  Defense counsel has stated that Defendant has no objection to the motion.

      This matter is now concluded.  During the pendency of his appeal, Defendant filed a motion pro se, despite being represented by counsel.  This court denied the motion for lack of jurisdiction.  That motion is not automatically reinstated by virtue of the remand to this court to dismiss the forced labor counts.  Defendant has taken no action to refile those motions, and this court identifies no basis for any refiling, particularly in light of the Ninth Circuit's decision on the merits of the case.

      This court notes that there has been some confusion about whether Defendant planned to retain new counsel.  No new defense

counsel having entered an appearance, this court has proceeded with counsel of record.

The Clerk of Court is directed to send this order to Assistant United States Attorney William Shipley, to Barry Edwards, to M. Cora Avinante, and to Defendant Lueleni Maka himself at FCI - Institution II, P. O. Box 5700, Adelanto, CA 92301-5700. Mr. Maka's inmate number is 90129-022.

DATED: Honolulu, Hawaii; July 13, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. Lueleni Fatong Maka; Cr. No. 03-00084 SOM; Order Dismissing Counts