Mr. Lueleni Fetongi Maka
Reg. No. 90129-022
FCI- Institution-II
P.O. Box 5700
Adelanto, CA 92301-5700

CORRESPONDENCE

July 16, 2007

Ms. M. Cora Avinante, Esq.
550 Halekauwila Street, R. 304
Honolulu, HI 96813

RE: United States v. Maka; CR-03-00084- SOM

Dear Ms. Avinante:

I am writing you this letter to get an understanding as to what your representation extends to regarding my case.

Firstly, I express concern with you in that since you have been retained, I have submitted many communications to you and you have to date replied to any. Thus, it is may wish that you inform me directly of your plans.

Secondly, I received a copy of the letter Mr. Edwards sent you dated July 9, 2007, concerning the Substitution of Counsel forms you sent him. Did you complete them and return them? Please up-date me on this matter. Today, I received the District Court's Order Dismissing Counts, and the court proceeded with counsel on my behalf, so please inform me on this matter, as to why I had no counsel there to represent my interest.

Thirdly, as the Court noted that my Motion For Newly Discovered Evidence pursuant to Rule 33 (B)(1) has not been filed with the Court, therefore, please up-date me on the status of your filing the motion with the Court. To this point, this is my understanding of your contractual agreement, you are to file said motion and represent me during all proceedings regarding the filing thereof.

1 of 2

JUL 20 2007

If I have misstated these facts please inform me.

As your client, I am requesting you provide me with all copies of documents filed or received from anyone concerning my case, and the you communicate directly with me on all matters.

Have you made any contact with anyone of the witnesses, supporting my motion for new trial?

Thank you for time given to this matter, I await your prompt response to this letter.

Sincerely,

Lueleni Fetongi Maka

cc:file
    Honorable Susan Oki Mollway
    United States District Judge

```
NAME: Mr. Lueleni F. Maka
REG # 90129-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

                            Legal Mail

                                              SAN BERNARDINO
                                              18 JUL 2007

                              Honorable, Susan Oki Mollway
                              United State District Judge
                              District of Hawaii
                              300 Ala Moana Blvd., C-338
                              Honolulu, HI 96850-0338
```