NAME Leuleni F. Maka
REG # 90129-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

JUL 26 2007

Legal Mail

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

SAN BERNARDINO CA 924
26 JUL 2007 PM 3 L

Office of the Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338