```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00084 SOM |
| | ) | |
|     Plaintiff-Respondent, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION FOR RECONSIDERATION OF |
|     vs. | ) | ORDER DISMISSING COUNTS |
| | ) | |
| LUELENI FETONGI MAKA, | ) | |
| | ) | |
|     Defendant-Petitioner. | ) | |
| _____ | ) | |

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING COUNTS

After a jury trial, judgment was entered against Lueleni Fetongi Maka on May 11, 2006. Maka appealed this judgment of conviction to the Ninth Circuit Court of Appeals. See Amended Notice of Appeal (May 16, 2006).

On June 14, 2007, in a memorandum decision, the Ninth Circuit affirmed Maka's conviction and sentence on several counts of human trafficking in violation of 18 U.S.C. § 1590, involuntary servitude in violation of 18 U.S.C. § 1584, and alien smuggling and harboring in violation of 8 U.S.C. § 1324. The Ninth Circuit, however, determined that this court, which had not sentenced Maka on the forced labor counts because those offenses were subsumed by other counts, had erred in failing to vacate Maka's convictions with respect to the forced labor counts. See Counts 18 to 23 of the Indictment. The Ninth Circuit remanded the matter so that this court could vacate the convictions on the

forced labor counts.  See United States v. Maka, No. 06-10339 (9th Cir., June 14, 2007).

On July 13, 2007, at a status conference before this court, the Government, pursuant to the Ninth Circuit ruling, orally moved to dismiss the forced labor counts of the Indictment (Counts 18 to 23).  Although the court was informed that Maka may have hired M. Cora Avinante, Esq., to represent him in this matter, Maka was represented by Barry Edwards, Esq., at the status conference, as Mr. Edwards had not been informed that his representation of Maka had been terminated and no substitution of counsel had been filed.  Mr. Edwards did not oppose the Government's motion to dismiss Counts 18 to 23 of the Indictment.  Accordingly, the court granted the Government's oral motion and dismissed Counts 18 to 23 of the Indictment.  See Order Dismissing Counts (July 13, 2007).

On July 31, 2007, Maka, proceeding pro se, filed a motion for reconsideration of this court's July 13, 2007, order dismissing Counts 18 to 23 of the Indictment, arguing that he was not represented by counsel when the Government moved to dismiss the counts.  This argument is unpersuasive because Maka was represented by Mr. Edwards when the oral motion to dismiss the counts were made.  Moreover, Maka cannot possibly have been prejudiced by dismissal of certain counts of the Indictment.  That dismissal does not preclude Maka from filing other

challenges to his conviction and sentence.  Maka does not indicate what Mr. Edwards failed to do in connection with the remand that some other attorney might have done.  Under these circumstances, his motion is denied.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, July 31, 2007.



_____
Susan Oki Mollway
United States District Judge

United States v. Maka, Cr. No. 03-00084 SOM; ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING COUNTS