```
1  Luelini Fetongi Maka
   90129-022 (D04-419L)
2  FCI-2, POB 5700
   Adelanto CA  92301-5700
3

4  in propria persona

5

6

7

8                        IN THE

9           UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF HAWAII

11  In re:

12  LUELINI FETONGI MAKA,

13         Petitioner,              Case No. CR-0-00084 SOM

14      -v-

15  UNITED STATES OF AMERICA,       APPLICATION FOR WRIT OF
                                    HABEAS CORPUS
16         Respondent.
                              /
17

18  STATE OF HAWAII

19                    SS

20  COUNTY OF  Honoluly

21       Panela Leaatoa, your Affiant, doeth swear:

22  1.     I was working for Luelini Fetongi Maka, when he was

23  arrested and charged by the Federal Government.

24  2.     The Government's prosecutor threatened me with facing

25  felony charges, if I did not testify against L.F. Maka.

26                          Page 1
```

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT A-1

19

3.    Although I was not held captive, or forced to work in involuntary servitude, by L.F. Maka, the Government's prosecutor compelled me to falsely testify against L.F. Maka, under threat of a term of Federal imprisonment.

4.    I was introduced to an Immigration Attorney, who told me, and five other of L.F. Maka's workers, what to say on the witness stand against L.F. Maka, during his trial.

5.    Five of us agreed to make specific testimony against L.F. Maka at his trial, but one of the six refused to do so.

6.    In exchange for my false testimony, the Government's prosecutor promised me (1) to drop all charges against me; (2) to NOT deport me to Tonga; (3) to find me employment and pay me for two years; and (4) a Green Card at the end of the two-year employment period.

7.    I am willing to testify as to the truthfulness of the foregoing in Court, if called upon to do so.

Dated: 02-07-2007

PANELA LEAATOA
87-9912A Farrington Hiway
Wainae Beach HI  96795

NOTARIZATION

Subscribed and sworn to before me this 7 day of February, 2007

First Judicial Circuit
Notary Public, State of Hawaii
My commission expires 12-10-2008
LINDA A. Woolsey

Page 2

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT A-2

20