```
1  Lueleni Fetongi Maka
   90129-022 (D04-419L)
2  FCI-2, POB 5700
   Adelanto CA  92301-5700
3
4  in propria persona
5
6
7
8                       IN THE
9          UNITED STATES DISTRICT COURT
10            FOR THE DISTRICT OF HAWAII
11 In re:
12 LUELENI FETONGI MAKA,
13      Petitioner,           Case No. CR-0-00084-SOM
14    -v-
15 UNITED STATES OF AMERICA,  ON APPLICATION FOR
                              WRIT OF HABEAS CORPUS
16      Respondent.
17 _____/
18      Soane Kainiufahi, your Affiant, doeth swear:
19 1.     From 1988 for about 14 years, my wife and I were
20 employed by Lueleni Fetongi Maka.
21 2.     When he was arrested by the United States Government
22 for criminal charges, my wife and I were approached by the
23 Government's prosecutor and asked to testify against Maka.
24 3.     The prosecutor advised us that, if we did not
25 testify against Maka, my wife would be charged with Illegal
26                        Page 1
```

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT B-1

21

1  Entry, convicted, placed in Federal prison, then deported.
2  3.       Under this threat, I falsely testified against Mr.
3  Maka at his trial.
4  4.       In exchange for my false testimony, the prosecutor
5  promised (1) no criminal charges against my wife; (2) no
6  deportation of my wife; (3) a Green Card for my wife after
7  two years; and (4) employment for my wife and I.
8  5.       If called upon to do so, I would testify as to the
9  truthfulness of the foregoing statements.

Dated: 03-15-07

*Soane Kainiufahi* (signature)
SOANE KAINIUFAHI
% Fipe Kolamatangi
1120 Arguello Street #5
Redwood City CA  94063

STATE OF CALIFORNIA
                SS
COUNTY OF Contra Costa

NOTARIZATION

State of California County of Contra Costa
Subscribed and sworn to (or affirmed)
Before me on this 15th day of March 2007 by
Soane Poliaki Kainiufahi
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.

Signature _____

SUSAN SAAKIAN
Commission # 1628757
Notary Public - California
Contra Costa County
My Comm. Expires Dec 11, 2009

Page 2

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT B-2

22