```
 1 | Lueleni Fetongi Maka
   | 90129-022 (D04-419L)
 2 | FCI-2, POB 5700
   | Adelanta CA  92301-5700
 3 |
 4 | in propria persona
 5 |
 6 |
 7 |
 8 |                          IN THE
 9 |              UNITED STATES DISTRICT COURT
10 |               FOR THE DISTRICT OF HAWAII
11 | In re:
12 | LUELENI FETONGI MAKA,
13 |         Petitioner,              Case No. CR-0-00084-SOM
14 |    -v-
15 | UNITED STATES OF AMERICA,        ON APPLICATION FOR
   |                                  WRIT OF HABEAS CORPUS
16 |         Respondent.
                                    /
17 |_____
```

18     **Fiekāniva Kainiufahi**, your Affiant, doeth swear:

19  1.      For an approximate 14-year period, beginning in

20  1988, I worked for Lueleni Fetongi Maka as a housekeeper and

21  cook, as well as other miscellaneous duties, along with my

22  husband, Soane Kainiufahi.

23  2.      After Mr. Maka was arrested and charged with varied

24  criminal offense, I was approached by the Government's

25  prosecutor and threatened with deportation and criminal

26                            Page 1

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT C-1

23

1  charges for Illegal Entry, if I did not testify against Mr.
2  Maka at his trial.
3  3.    My husband was also threatened by the proscutor,
4  if I did not testify.
5  4.    In exchange for my false testimony, I was then
6  promised (1) no Illegal-Entry charges; (2) no deportation;
7  (3) gainful employment; and (4) a Green Card after a
8  two-year period.
9  5.    If called upon to do so, I would truthfully
10 testify at trial, if called upon to do so.

Dated: 03-15-07

*Fiekaniva Kainiufahi*
FIEKANIVA KAINIUFAHI
% Fipe Kolomatangi
1120 Arguguello Street #5
Redwood City CA 94063

STATE OF CALIFORNIA
              SS
COUNTY OF Contra Costa

**NOTARIZATION**

State of California County of
Contra Costa
Subscribed and sworn to (or affirmed)
Before me on this 15H day of March, 2007 by
Fiekaniva Kainiufahi
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature _____

(Seal)

SUSAN SAAKIAN
Commission # 1628757
Notary Public - California
Contra Costa County
My Comm. Expires Dec 11, 2009

Page 2
MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT C-2

24