ORIGINAL

M. CORA AVINANTE, Esq.
550 Halekauwila St., Ste. #304
Honolulu, Hawaii 96813
Tel: (808)550-8867 Fax: (808)550-8869

Attorney for Defendant
LUELENI FETONGI MAKA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2007
at 2 o'clock and 40 min M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUELENI FETONGI MAKA, ) <br> ) <br> Defendant. ) <br> ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. _____ <br><br> D.C. No. CR-03-00084-1 - SOM <br><br> MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE EXHIBITS "A-D" (TRIAL TRANSCRIPTS and SENTENCING TRIAL TRANSCRIPTS; AFFIDAVITS OF PANELA LEAATOA, SOANE KAINIUFAHI, AND FIEKANIVA ON APPLICATIONS FOR WRIT OF HABEAS CORPUS); NOTICE OF MOTION; CERTIFICATE OF SERVICE |

## MOTION FOR NEW TRIAL BASED ON
## NEWLY DISCOVERED EVIDENCE

COMES NOW DEFENDANT, LUELENI FETONGI MAKA (hereinafter

"Mr. Maka" or "Defendant"), by and through his undersigned attorney, M. Cora Avinante, hereby moves this Honorable Court for a new trial by reason of new evidence. This motion is made pursuant to Federal Rule of Criminal Procedure 33 and Local Rules of Practice for the United States District Court for the District of Hawaii LR.7 and CrimLR 12.2.

 WHEREFORE, Defendant respectfully requests that the Court grant his motion for a new trial based on Defendant's Memorandum in Support, evidence, affidavits, and declarations included herewith.

DATED: HONOLULU, HAWAII   SEP 2 5 2007

M. CORA AVINANTE
Law Office of M. Cora Avinante
550 Halekauwila St., Ste #304
Honolulu, Hawaii 96813
Tel: (808)550-8867
Fax: (808)550-8869

Attorney for Defendant
LUELENI FETONGI MAKA