IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>LUELENI FETONGI MAKA,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. _____<br><br>D.C. No. CR-03-00084-1 - SOM<br><br>NOTICE OF MOTION FOR NEW<br>TRIAL BASED ON NEWLY<br>DISCOVERED EVIDENCE |

## NOTICE OF MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE

TO:  Harry Yee, U.S. Assistant District Attorney
U.S. Attorney's Office
300 Ala Moana Blvd. Room 6100
Honolulu, Hawaii 96813
Attorney for Plaintiff

PLEASE TAKE NOTICE that Defendant's Motion for New Trial was filed with the above-entitled Court pursuant to Federal Rules of Criminal Procedure 33 and Local Rules of Practice for the United States District Court for the District of Hawaii LR.7 and CrimLR 12.2.  PLEASE TAKE NOTICE that the foregoing motion will be heard by the Honorable PRESIDING JUDGE of the above-entitled Court, in his/her courtroom, at Federal District Court, 300 Ala Moana Blvd., Honolulu, Hawaii 96813, Room _____ on _____, the _____ day of _____, 2007, at the hour of

_____ o'clock _____ .M., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii  SEP 2 5 2007 _____, 2007.

M. CORA AVINANTE
Attorney for Defendant
LUELENI FETONGI MAKA