# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>LUELENI FETONGI MAKA,<br>　　　　Defendant. | No. _____<br><br>D.C. No. CR-03-00084-1 - SOM<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __SEP 2 6 2007__ I served a copy of the foregoing upon the following party:

　　By personally delivering a copy to:

　　　　Harry Yee, U.S. Assistant District Attorney
　　　　U.S. Attorney's Office
　　　　300 Ala Moana Blvd, Room 6100
　　　　Honolulu, Hawaii 96813
　　　　Attorney for Respondent

I certify under penalty of perjury that the foregoing is true and correct.

SEP 2 5 2007
_____
Date

_____
M. CORA AVINANTE
Attorney for Defendant