```
 1  Q     And what kind of work did you do when you first came
 2  back?
 3  A     (Through Interpreter)  Trimming trees.
 4  Q     At some point did you go back to work for Leni Maka?
 5  A     (Through Interpreter)  Yes.
 6  Q     Did you ask Mr. Maka for a job?
 7  A     (Through Interpreter)  No.
 8  Q     How did -- how is it that you went back to work for
 9  Mr. Maka?
10  A     (Through Interpreter)  He asked me.
11  Q     What did he say?
12  A     (Through Interpreter)  Need help.
13  Q     He needed help?
14  A     (Through Interpreter)  Yes.
15  Q     After you went back to work for him, did he ever hit
16  you again?
17  A     (Through Interpreter)  No.
18  Q     Did you see him hit any of the other workers that
19  worked for him?
20  A     (Through Interpreter)  Yes.
21  Q     And who was that?
22  A     (Through Interpreter)  Inoke Taufalele.
23  Q     Is that the incident that you testified to a few
24  weeks ago?
25  A     (Through Interpreter)  Yes.
```



EXHIBIT "A"

1   A    (Through Interpreter)  Yes.

2   Q    Did she remain in Tonga when you first moved to
3   Hawai'i?

4   A    (Through Interpreter)  Yes.

5   Q    Prior to her coming to Hawai'i how many days a week
6   did you work for Mr. Maka?

7   A    (Through Interpreter)  Monday to Sunday.

8   Q    And when you first arrived in Hawai'i, do you
9   remember how much it was he would pay you for a week of
10  work?

11  A    (Through Interpreter)  200.

12  Q    And did he ever pay you more than 200 for a week?

13  A    (Through Interpreter)  No.

14  Q    Did he ever pay you less than 200 for a full week?

15  A    (Through Interpreter)  Yes.  There were many times
16  there were no pay.

17  Q    You testified earlier about seeing Mr. Maka hit
18  Salesi Mahe with a 2-by-4.  Do you recall that testimony?

19  A    (Through Interpreter)  Yes.

20  Q    Were you living at the pig farm when Panela Leaatoa,
21  also known as Pimi, lived at the pig farm?

22  A    (Through Interpreter)  Yes.

23  Q    Did you ever see Mr. Maka hit Pimi?

24  A    (Through Interpreter)  Yes.

25  Q    And did he hit him with an object?

1   A      (Through Interpreter)  Yes.

2   Q      What did he hit him with?

3   A      (Through Interpreter)  Knife.

4   Q      How big was the knife?

5   A      (Through Interpreter)  About one feet.  It's the

6   knife that we use to cut the -- trim the coconut with.

7   Q      Where on his body did Mr. Maka hit Pimi with the

8   knife?

9   A      (Through Interpreter)  His back.

10  Q      And you previously testified that you left for

11  California in 2001; is that correct?

12  A      (Through Interpreter)  Yes.

13  Q      When you were leaving, did you tell Mr. Maka that you

14  would not be coming back?

15  A      (Through Interpreter)  No.

16         MR. SHIPLEY:  No further questions.

17                    CROSS-EXAMINATION

18  BY MR. DOMINGO:

19  Q      Good morning, Mr. Kainiufahi.

20  A      (Through Interpreter)  Yes.

21  Q      You came to Hawai'i from Tonga in the '80s; correct?

22  A      (Through Interpreter)  Yes.

23  Q      And it was you or someone in your family that made

24  the arrangements for the visa; correct?

25  A      (Through Interpreter)  Yes, Maka only.

```
 1   A      (Through Interpreter)  I don't remember.  All I know
 2   was in the '80s.
 3   Q      And at some point after he moved, did you attempt to
 4   obtain a visa to move and join him?
 5   A      (Through Interpreter)  Yes.
 6   Q      Were you able to obtain that visa?
 7   A      (Through Interpreter)  Yes.  I came to get the visa
 8   in Canada.
 9   Q      Well, did you first attempt to get a visa in Tonga?
10   A      (Through Interpreter)  Yes.
11   Q      And were you able to get one in Tonga?
12   A      (Through Interpreter)  No.
13   Q      Did you talk with Leni Maka about whether he could
14   bring you to Hawai'i?
15   A      (Through Interpreter)  Yes, I ask for his help.
16   Q      And was this in Tonga?
17   A      (Through Interpreter)  Yes.
18   Q      And did he help you?
19   A      (Through Interpreter)  Yes.
20   Q      Where did he take you?
21   A      (Through Interpreter)  He brought me.  I come through
22   Fiji.
23   Q      And from Fiji did you go directly to Hawai'i, or did
24   you go somewhere else?
25   A      (Through Interpreter)  I came to Hawai'i.
```

```
 1   Q    Did you ever go to Canada with him?
 2   A    (Through Interpreter)  Yes.
 3   Q    And was that before you came to Hawai'i?
 4   A    (Through Interpreter)  I came and went and get my
 5   visa from Canada, and then I came.
 6   Q    Getting the visa in Canada allows you to come into
 7   the United States?
 8   A    (Through Interpreter)  Yes.
 9   Q    Do you remember when this happened?  When you
10   actually made it to the United States?
11   A    (Through Interpreter)  In the '90s.
12   Q    And did you have a Tongan passport?
13   A    (Through Interpreter)  Yes.
14   Q    And when you finally arrived in Hawai'i, did you keep
15   your Tongan passport?
16   A    (Through Interpreter)  Was given to Leni.
17   Q    So Mr. Maka kept your passport.
18   A    (Through Interpreter)  Yes.
19   Q    When you finally arrived in Hawai'i, where did you
20   live?
21   A    (Through Interpreter)  I stay at the farm.
22   Q    Was Soane living at the farm at that time?
23   A    (Through Interpreter)  Yes.
24   Q    And did you work at the farm?
25   A    (Through Interpreter)  Yes.
```

```
 1   Q    What kind of work did you do at the farm?
 2   A    (Through Interpreter)  I stay and cook and wash.
 3   Q    And did you help with the pigs at all?
 4   A    (Through Interpreter)  Sometimes.
 5   Q    Did you help clean up around the farm?
 6   A    (Through Interpreter)  Yes.
 7   Q    Besides you and your husband, when you first arrived
 8   there in the early 1990s who else was living at the farm?
 9   A    (Through Interpreter)  Pimi and Moa.
10   Q    And were they both working for Mr. Maka?
11   A    (Through Interpreter)  Yes.
12   Q    Were you living at the farm in May of 2001 when
13   Salesi Mahe and Taufa Aho arrived?
14   A    (Through Interpreter)  Yes.
15   Q    And after they arrived did you do work around the
16   farm on their behalf?
17           THE INTERPRETER:  Can I repeat it to her?
18           MR. SHIPLEY:  Please.
19           THE WITNESS:  (Through Interpreter)  No.
20   BY MR. SHIPLEY:
21   Q    Did you cook at the farm for them?
22   A    (Through Interpreter)  Yes.
23   Q    Did you do laundry for them?
24   A    (Through Interpreter)  Yes.
25   Q    For any of the work that you did at the farm from the
```

```
 1   time you lived there or during the time you lived there
 2   until you left in 2001, did you ever get paid by Leni
 3   Maka?
 4   A    (Through Interpreter)  No.
 5   Q    Did you pay for the cost of your travel from Tonga to
 6   Hawai'i?
 7   A    (Through Interpreter)  Maka paid for it.
 8            MR. SHIPLEY:  No further questions.
 9            THE COURT:  Okay.  Let me remind counsel at
10   10:15 there was another matter.
11            MR. DOMINGO:  Yes, Your Honor.
12            THE COURT:  Right?
13            MR. DOMINGO:  I won't be long.
14            THE COURT:  Okay.
15                      CROSS-EXAMINATION
16   BY MR. DOMINGO:
17   Q    Good morning.
18   A    (Through Interpreter)  Good morning.
19   Q    Mrs. Kainiufahi, you came to Hawai'i in 1988;
20   correct?
21   A    (Through Interpreter)  In '90.
22   Q    In '90.  Prior to that your husband was here sending
23   money back to you in Tonga; correct?
24   A    (Through Interpreter)  Sometimes.
25   Q    And you came to Hawai'i to be with your husband;
```

```
 1   Q    Mr. Tupouata, where do you live?
 2   A    (Through Interpreter)  San Francisco.
 3   Q    Where were you born?
 4   A    (Through Interpreter)  In Tonga.
 5   Q    Are you related to Salesi Mahe?
 6   A    (Through Interpreter)  Yes.
 7   Q    Is he your brother?
 8   A    (In English)  Yes.
 9   A    (Through Interpreter)  Yes.
10   Q    Before Salesi came to Hawai'i how long had it been
11   since you'd seen him last?
12   A    (In English)  Was five years old.  May I repeat?
13   A    (Through Interpreter)  Can you please repeat.
14   Q    Mr. Tupouata, I'm going to ask you to answer my
15   questions in Tongan into the microphone so that everyone
16   can hear, please.
17        Before Salesi came to Hawai'i how long had it
18   been since you last saw him?
19   A    (Through Interpreter)  About 15 years.
20   Q    How old was he the last time you saw him?
21   A    (Through Interpreter)  Five years old.
22   Q    How old were you?
23   A    (Through Interpreter)  Thirty.
24   Q    When did you leave Tonga?
25   A    (Through Interpreter)  February 1981.
```

```
 1   Q     And where did you go when you left Tonga?
 2   A     (Through Interpreter)  Hawai'i.
 3   Q     Did someone ask you if you wanted to come to Hawai'i?
 4   A     (Through Interpreter)  Maka.
 5   Q     Did he tell you why he wanted you to come to Hawai'i?
 6   A     (Through Interpreter)  To work.
 7   Q     Did you know who you were going to work for?
 8   A     (Through Interpreter)  No.
 9   Q     Did you know what kind of work you were going to do?
10   A     (Through Interpreter)  No.
11   Q     Did you know Mr. Maka before he asked you to come to
12   Hawai'i?
13   A     (Through Interpreter)  Yes.
14   Q     Had you worked for Mr. Maka in Tonga?
15   A     (Through Interpreter)  No.
16   Q     How was it that you knew him?
17   A     (Through Interpreter)  We come from the same place.
18   Q     Are you a distant relative of Mr. Maka?
19   A     (Through Interpreter)  No.
20   Q     When you came to Hawai'i where did you live?
21   A     (Through Interpreter)  Waipahu.
22   Q     And did you live there alone?
23   A     (Through Interpreter)  With Maka.
24   Q     The place where you lived in Waipahu, was that the
25   residence of Mr. Maka and his family?
```

```
 1   A    (Through Interpreter)  No.
 2   Q    How long did you live at the residence in Waipahu?
 3   A    (Through Interpreter)  About one year.
 4   Q    And where did you move to after one year?
 5   A    (Through Interpreter)  Kaualena.
 6   Q    Is that an apartment building?
 7   A    (Through Interpreter)  Yes.
 8   Q    What town was that in?
 9   A    (Through Interpreter)  Waipahu.
10   Q    And did you live in that apartment alone?
11   A    (Through Interpreter)  No.
12   Q    How many people did you live with in that apartment?
13   A    (Through Interpreter)  10 to 15.
14   Q    And how long did you live in that apartment?
15   A    (Through Interpreter)  Three years.
16   Q    Did you find that apartment yourself or did somebody
17   find it for you?
18   A    (Through Interpreter)  Maka.
19   Q    The other people you lived with, were they Hawaiian
20   or from some other location?
21   A    (Through Interpreter)  All Tongan.
22   Q    Did you work with those other 10 or 15 people?
23   A    (Through Interpreter)  Yes.
24   Q    And who did all -- did everyone work for Mr. Maka?
25   A    (Through Interpreter)  Yes.
```

```
 1   Q    What kind of work did you do?
 2   A    (Through Interpreter)  Tree trimming.
 3   Q    Do any other kind of work?
 4   A    (Through Interpreter)  Trimming.
 5   Q    When you first arrived in 1981 to work for Mr. Maka,
 6   how much did he pay you a week?
 7   A    (Through Interpreter)  30 to 40.
 8   Q    Dollars?
 9   A    (Through Interpreter)  Yes.
10   Q    And how long did you work for Mr. Maka beginning in
11   1981?
12   A    (Through Interpreter)  10 years.
13   Q    And during the time that you worked for him, did he
14   pay you more or less money than the 30 or $40 a week?
15             Let me ask a different question.  I'm going to
16   strike that one.
17             During the years that you worked for Mr. Maka,
18   did he ever pay you more than 30 or $40 a week?
19   A    (Through Interpreter)  No.
20   Q    Did he ever pay you less than 30 or $40 a week?
21   A    (Through Interpreter)  The same.
22   Q    Were there ever any occasions where he didn't pay you
23   anything?
24   A    (Through Interpreter)  Many.
25   Q    When you came to Hawai'i, did you have a Tongan
```

1   passport?

2   A     (Through Interpreter)  Yes.

3   Q     And were you able to get a visa in Tonga to visit
4   Hawai'i?

5   A     (Through Interpreter)  Yes.

6   Q     Had you ever left Tonga before coming to Hawai'i?

7   A     (Through Interpreter)  No.

8   Q     Had you ever before applied for a visa to go
9   somewhere outside of Tonga?

10  A     (Through Interpreter)  No.

11  Q     Did you get any help in applying for your visa?

12  A     (Through Interpreter)  No.

13  Q     After you arrived in Hawai'i did you continue to hold
14  your Tongan passport?

15  A     (Through Interpreter)  No.

16  Q     What happened to your passport?

17  A     (Through Interpreter)  Maka took it.

18  Q     Did you have any identification with your name on it
19  after Mr. Maka took your passport?

20  A     (Through Interpreter)  No.

21  Q     During the years that you worked for Mr. Maka, did he
22  ever hit you?

23  A     (Through Interpreter)  Yes.

24  Q     Did he ever hit you with any objects?

25  A     (In English)  2-by-4.

```
 1   the farm -- become to come from Tonga to live at the farm?
 2   A     (Through Interpreter)  Yes.
 3   Q     And what were their names?
 4   A     (Through Interpreter)  Salesi and Taufa.
 5   Q     Did you ever meet a young man named Francis Tautua'a
 6   at the farm?
 7   A     (Through Interpreter)  Yes.
 8   Q     Did he come to the farm to live before you and your
 9   wife left for California?
10   A     (Through Interpreter)  I don't know if he was living
11   there, but he always come there.
12   Q     Did you ever talk to Mr. Maka about the young men?
13   A     (Through Interpreter)  No.
14   Q     Did Mr. Maka ever tell you anything about them?
15   A     (Through Interpreter)  No.
16   Q     Did you know anything about their immigration status?
17   A     (Through Interpreter)  No.
18   Q     Did you ever see Mr. Maka strike any of the young men
19   living at the farm?
20   A     (Through Interpreter)  Yes.
21   Q     And were you living at the farm at that time?
22   A     (Through Interpreter)  Yes.
23   Q     Where did this incident happen that you saw?
24   A     (Through Interpreter)  At the farm.
25   Q     Were you inside the building that you lived in?
```

```
 1   A      (Through Interpreter)  Outside.
 2   Q      And what did you see happen?
 3   A      (Through Interpreter)  Mr. Maka hit Salesi with a
 4   piece of lumber.
 5   Q      How far away from you -- how far away were you from
 6   Mr. Maka and Salesi when this happened?
 7   A      (Through Interpreter)  About five -- you do this five
 8   times; you hold hand.
 9   Q      How many meters away were you?
10   A      (Through Interpreter)  Six.
11   Q      And had Mr. Maka and Salesi been at the farm with you
12   that evening?
13   A      (Through Interpreter)  Yes.
14   Q      Had Salesi been gone during the day?
15   A      (Through Interpreter)  Yes.
16   Q      And when he came back to the farm, did he come back
17   alone?
18   A      (Through Interpreter)  Yes.
19   Q      Was Mr. Maka at the farm when he came back?
20   A      (Through Interpreter)  Yes.
21   Q      Did you see if they arrived together in Mr. Maka's
22   truck?
23   A      (Through Interpreter)  Yes.
24   Q      Did they arrive together?
25   A      (Through Interpreter)  Yes.
```

```
1    Q    Did you see them inside Mr. Maka's truck together?
2    A    (Through Interpreter)  Yes.
3    Q    Did you see them get out of the truck?
4    A    (Through Interpreter)  Yes.
5    Q    Was Mr. Maka angry?
6              MR. DOMINGO:  Objection, Your Honor.
7    Speculation.
8              THE COURT:  Sustained.
9    BY MR. SHIPLEY:
10   Q    Was Mr. Maka talking?
11   A    (Through Interpreter)  Yes.
12   Q    Was he talking loudly?
13   A    (Through Interpreter)  Yes.
14   Q    Was he yelling?
15   A    (Through Interpreter)  Yes.
16   Q    Did he seem angry from the tone of his voice?
17   A    (Through Interpreter)  Yes.
18   Q    Do you remember the things that he was saying?
19   A    (Through Interpreter)  Yes.  He was swearing.
20   Q    And you said he struck Salesi with a piece of lumber.
21   Was this after they got out of the truck?
22   A    (Through Interpreter)  Yes.
23   Q    And how many times did you see him strike Salesi with
24   a piece of lumber?
25   A    (Through Interpreter)  Two times.
```

```
 1   Q      Where on his body did he hit him?
 2   A      (Through Interpreter)  In the back.
 3   Q      Did Salesi fall to the ground?
 4   A      (Through Interpreter)  Yes.
 5   Q      What did Mr. Maka do after he fell to the ground?
 6   A      (Through Interpreter)  Just shouting to Salesi.
 7          MR. SHIPLEY:  I'm sorry, Miss Interpreter.  I
 8   didn't hear you.
 9          THE INTERPRETER:  Just shouting talking to
10   Salesi.
11   BY MR. SHIPLEY:
12   Q      Did you remember what he was saying after Salesi was
13   on the ground?
14   A      (Through Interpreter)  No.
15   Q      Did you see Mr. Maka hit Salesi with anything other
16   than the piece of lumber?
17   A      (Through Interpreter)  No.
18   Q      As Mr. Maka was hitting Salesi, was Salesi saying
19   anything?
20          MR. DOMINGO:  Object, Your Honor.  Calls for
21   hearsay.
22          MR. SHIPLEY:  That would be an excited
23   utterance.
24          THE COURT:  Well, maybe yes, maybe no.  I don't
25   know what it was.  Can you -- you want a bench conference
```

```
 1   on this, or you want to move to another --
 2            MR. SHIPLEY:  Well, we can have a brief
 3   conference, but being hit with a piece of lumber I think
 4   what he said would be an excited utterance.
 5            THE COURT:  It may be.  Since I don't know what
 6   he said I cannot make that determination.  It would depend
 7   on what he said.
 8       (Juror raises hand.)
 9            THE COURT:  You need a break?
10            MR. SHIPLEY:  If you can take a moment, I can
11   tell you what the answer is.
12            THE COURT:  That's what I was having the bench
13   conference for, but in any event a juror needs a break.
14            MR. SHIPLEY:  I'm sorry.  I thought you asked me
15   if I wanted a break.
16            THE COURT:  Take a 10-minute break.
17       (Jury excused.)
18            THE COURT:  So the witness can step down for 10
19   minutes.
20       (Witness excused.)
21            THE COURT:  Okay.  Do you want to make an offer
22   as to what was said.
23            MR. SHIPLEY:  The offer of proof is simply he
24   heard Mr. Mahe to plead please stop hitting him.
25            MR. DOMINGO:  Your Honor, I don't know that.  We
```

```
 1   don't have any statements of Mr. Kainiufahi saying
 2   whatever Mr. Mahe says.
 3              THE COURT:  Well, but this witness is going to
 4   say he heard this; right?  And so why isn't it under the
 5   excited utterance exception?
 6              MR. DOMINGO:  Well, Your Honor, I'm not sure if
 7   that's what he's going to say.
 8              THE COURT:  Well, that's the offer being made.
 9              MR. DOMINGO:  That's the offer being said.
10              THE COURT:  Okay.
11              MR. DOMINGO:  And if it doesn't, Your Honor, I
12   don't know at this point.
13              THE COURT:  Well, I'll have Mr. Shipley confirm
14   that before the answer is given.  Then, assuming that you
15   get that confirmation, when we come back from the break,
16   you can ask that.  I'll overrule the objection.
17              MR. SHIPLEY:  Okay.  First time I heard that
18   this statement was made was when we were talking to him
19   this morning.  I hadn't asked him if he had heard Mr. Mahe
20   say anything before.  I had asked him if he heard Mr. Maka
21   say something but not if he heard Mr. Mahe say something.
22   So, when he told me this morning, yeah, he said, "Quit
23   hitting me," that was the first I'd heard.
24              THE COURT:  Why don't you check with him if
25   that's going to be the answer to your question, and then,
```

1   if it is, then you can go ahead and ask. Objection's
2   overruled. He can answer.
3          MR. SHIPLEY: I apologize. I thought you asked
4   me if I wanted to take a break.
5          THE COURT: That's okay. I realize that's what
6   happened, but I was just kind of surprised when you said
7   if we just can take a moment. I thought okay, but this
8   guy is raising his hand; he really has to go to the
9   bathroom, and that takes priority over all of our concerns
10  because they're not going to listen to any evidence if
11  they have to go to the bathroom. Okay.
12         MR. DOMINGO: Your Honor, just briefly because
13  this witness was the -- was at issue regarding one of the
14  404(b) issues. I'm not sure whether or not Mr. Shipley is
15  going to get into anything else other than what he's
16  talking about right now.
17         MR. SHIPLEY: I think I have two questions of
18  him. That's it. I'm not going to go into the 404(b).
19         THE COURT: Right. I understood that he wasn't
20  because the deal was that, if you were going to go into
21  that, he would have to raise it with me first. So I think
22  you can rest assured that, if you don't hear, Mr.
23  Shipley's not going into the 404(b) issues.
24         MR. DOMINGO: Very well, Your Honor. Thank you.
25         THE COURT: Okay. So I'll see you folks in 10