```
 1 | Lueleni Fetongi Maka
   | 90129-022 (D04-419L)
 2 | FCI-2, POB 5700
   | Adelanto CA  92301-5700
 3 |
 4 | in propria persona
 5 |
 6 |
 7 |
 8 |                        IN THE
 9 |            UNITED STATES DISTRICT COURT
10 |             FOR THE DISTRICT OF HAWAII
11 | In re:
12 | LUELENI FETONGI MAKA,
13 |         Petitioner,            Case No. CR-0-00084-SOM
14 |     -v-
15 | UNITED STATES OF AMERICA,      ON APPLICATION FOR
   |                                WRIT OF HABEAS CORPUS
16 |         Respondent.
17 | _____/
18 |     Soane Kainiufahi, your Affiant, doeth swear:
19 | 1.      From 1988 for about 14 years, my wife and I were
20 | employed by Lueleni Fetongi Maka.
21 | 2.      When he was arrested by the United States Government
22 | for criminal charges, my wife and I were approached by the
23 | Government's prosecutor and asked to testify against Maka.
24 | 3.      The prosecutor advised us that, if we did not
25 | testify against Maka, my wife would be charged with Illegal
26 |                        Page 1
```

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT B-1



EXHIBIT "C"

21

1  Entry, convicted, placed in Federal prison, then deported.
2  3.      Under this threat, I falsely testified against Mr.
3  Maka at his trial.
4  4.      In exchange for my false testimony, the prosecutor
5  promised (1) no criminal charges against my wife; (2) no
6  deportation of my wife; (3) a Green Card for my wife after
7  two years; and (4) employment for my wife and I.
8  5.      If called upon to do so, I would testify as to the
9  truthfulness of the foregoing statements.
10
11 Dated: 03-15-07
12                                      SOANE KAINIUFAHI
                                        % Fipe Kolamatangi
13                                      1120 Arguguello Street #5
                                        Redwood City CA  94063
14 STATE OF CALIFORNIA
15                      SS
16 COUNTY OF Contra Costa
17                 NOTARIZATION
18
19 State of California County of
   Contra Costa
20 Subscribed and sworn to (or affirmed)
   Before me on this 15th day of March, 2007 by
21 Soane Poliaki Kainiufahi
   personally known to me or proved to me on
22 the basis of satisfactory evidence to be the
   person(s) who appeared before me.
23 Signature _____
24        SUSAN SAAKIAN
          Commission # 1628757
25        Notary Public - California
          Contra Costa County
26        My Comm. Expires Dec 11, 2009
          Page 2

MAKA - ON APPLICATION FOR WRIT OF HABEAS CORPUS

EXHIBIT B-2

22