Lueleni Fetongi Maka
90129-022 (D04-419L)
FCI-2, POB 5700
Adelanta CA 92301-5700

in propria persona

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

In re:

LUELENI FETONGI MAKA,

Petitioner,

-v-

UNITED STATES OF AMERICA,

Respondent.
______________________________/

Case No. CR-0-00084-SOM

**ON APPLICATION FOR WRIT OF HABEAS CORPUS**

**Fiekāniva Kainiufahi**, your Affiant, doeth swear:

1. For an approximate 14-year period, beginning in 1988, I worked for Lueleni Fetongi Maka as a housekeeper and cook, as well as other miscellaneous duties, along with my husband, Soane Kainiufahi.

2. After Mr. Maka was arrested and charged with varied criminal offense, I was approached by the Government's prosecutor and threatened with deportation and criminal



EXHIBIT C-1

23



charges for Illegal Entry, if I did not testify against Mr. Maka at his trial.

3. My husband was also threatened by the proscutor, if I did not testify.

4. In exchange for my false testimony, I was then promised (1) no Illegal-Entry charges; (2) no deportation; (3) gainful employment; and (4) a Green Card after a two-year period.

5. If called upon to do so, I would truthfully testify at trial, if called upon to do so.

Dated: 03-15-07

Fiekaniva Kainiufahi
FIEKANIVA KAINIUFAHI
% Fipe Kolomatangi
1120 Arguguello Street #5
Redwood City CA 94063

STATE OF CALIFORNIA

SS

COUNTY OF Contra Costa

**NOTARIZATION**

State of California County of Contra Costa

Subscribed and sworn to (or affirmed)
Before me on this 15th day of March 07 by
Fiekaniva Kainiufahi
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature [signature]

(Seal)

SUSAN SAAKIAN
Commission # 1628757
Notary Public - California
Contra Costa County
My Comm. Expires Dec 11, 2009





EXHIBIT C-2