ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 09 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | No. _____ |
| Plaintiff, | ) | |
| | ) | D.C. No. CR-03-00084-1 - SOM |
| vs. | ) | |
| | ) | NOTICE OF APPEAL |
| LUELENI FETONGI MAKA, | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that LUELENI FETONGI MAKA, defendant in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Denying Motion For New Trial Based on Newly Discovered Evidence entered in this action on 27th day of September, 2007.

DATED: Honolulu, Hawaii _October 5_, 2007.

_____
M. CORA AVINANTE
550 Halekauwila Street, Ste. 304
Honolulu, Hawaii 96813
Tel: (808)550-8867
Fax: (808)550-8869

Attorney for Defendant
LUELENI FETONGI MAKA