AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 241138 |
| Trans | 147791 |

Received From:   M. CORA AVINANTE
Case Number:
Reference Number:   CR 03-84SOM

| | | | |
|---|---|---|---|
| | Check | | 455.00 |
| | Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

10/09/2007 02:26:10 PM       Deputy Clerk:  bb/GLS       _____