**ORIGINAL**

UNITED STATES COURTS OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 6 2007

at 10 o'clock and 35 a.m. min. __M

SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | ) | ORDER FOR TIME SCHEDULE |
|---|---|---|
| Plaintiff, | ) | CA No. |
|  | ) | DC No.   CR 03-00084 SOM |
| vs. | ) |  |
|  | ) | District of Hawaii |
| LUELENI FETONGI MAKA | ) | Notice of Appeal Filed ......... 10/09/07 |
|  | ) | ( ) CJA or F.P.      ( ) Paid Appeal |
|  | ) | ( ) Apptd Counsel   ( ) Fed Defender |
| Defendant, | ) | (X) Retained Counsel (X) In Custody |
|  | ) | ( ) On Bail         ( ) |
|  | ) | ( ) Pro Se |

The parties, counsel and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court ........................................................................... IMMEDIATELY

2. Date transcript will be ordered from the court reporter. (If this case is ............... 11/06/07  [11/06/07]
   under CJA, give the date that the order is to be given to the court reporter.)

3. The court reporter's transcript will be filed in the District Court............................ 12/06/07  [12/06/07]
   (Certificate of record will be submitted to the Court of Appeals by the Clerk of the District Court immediately upon the filing of the transcript. The Certificate of Record indicates that the complete trial court record including designated transcripts is available for use by the parties.)

4. Appellant's opening brief and excerpts of record will be served and filed pursuant to ......... 01/15/08  [01/15/08]
   FRAP 32 and Circuit Rules 32-3 and 32-4

5. The appellee's brief of no more than 35 pages will be served and filed............................ 02/14/08  [02/14/08]
   pursuant to FRAP 32 and Circuit Rules 32-3 and 32-4

6. The appellant's (optional) reply brief will be served and filed pursuant to............. 02/28/08  [02/28/08]
   FRAP 32 and Circuit Rules 32-3 and 32-4

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

For the Court

Note: FRAP 32 and Cir. Rule 32-3 & 32-4 sets
length limitations on briefs. These
may be modified only by order of
the Court. Cir. Rule 42-1 requires that
this appeal may be dismissed if
appellants brief is not timely filed.

Cathy A. Catterson
Clerk, U.S. Court of Appeals

by: _____
Deputy Clerk
U.S. District Court