# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

October 16, 2007

William Shipley
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd. Ste. 6100
Honolulu, HI 96850

    IN RE:    U.S.A v. LUELENI FETONGI MAKA
    CR NO.    CR 03-00084 SOM

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 10/9/07.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By _____
Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    M. Cora Avinante, Esq.
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet

Memorandum                                                          Date: October 16, 2007

To:     Parties in U.S. vs. LUELENI FETONGI MAKA

        D.C. No.: CR 03-00084 SOM

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


    The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

    A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

    If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. LUELENI FETONGI MAKA
   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00084 SOM

II. **DATE NOTICE OF APPEAL FILED:** 10/9/07

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**
   **DOCKET FEE PAID ON:** 10/9/07 (receipt # 241138)   **AMOUNT:** $455.00
   **NOT PAID YET:**                **BILLED:**
   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:         DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:    Clerk, U.S. Court of Appeals    Date: October 16, 2007

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT:    New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:    U.S.A. vs LUELENI FETONGI MAKA

U.S.D.C CASE NO.    CR 03-00084 SOM

U.S.D.C. JUDGE:    Susan Oki Mollway

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: Third Superseding Indictment filed 11/4/04

APPEALED ORDER FILED:    9/27/07

NOTICE OF APPEAL FILED:    10/9/07

## COUNSEL INFORMATION

APPELLANT:
M. Cora Avinante
550 Halekauwila Street, Ste. 304
Honolulu, HI 96813
Ph. (808) 550-8867

APPELLEE:
William Shipley
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd. Ste. 6100
Honolulu, HI 96850
Ph. (808) 541-2850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: Retained

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:    CUSTODY: ✓

BAIL: —

F/P GRANTED: —    COUNSEL WAIVED: —

COURT REPORTER(S): Debra Chun, Cynthia Fazio, Stephen Platt, ESR

NO OF DAYS OF TRIAL: 12