

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**   U.S.A. vs. LUELENI FETONGI MAKA

  **U.S. COURT OF APPEALS DOCKET NUMBER:** 07 - 10501

  **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

  **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00084 SOM

**RECEIVED**
CLERK, U.S. DISTRICT COURT

OCT 25 2007

DISTRICT OF HAWAII

II   **DATE NOTICE OF APPEAL FILED:**   10/9/07

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

  **DOCKET FEE PAID ON:** 10/9/07 (receipt # 241138)   **AMOUNT:** $455.00

  **NOT PAID YET:**              **BILLED:**

  **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

  **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

  **IF YES, SHOW DATE:**

  **WAS F.P. STATUS REVOKED:**        **DATE:**

  **WAS F.P. STATUS LIMITED IN SOME FASHION?**

  **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

  Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
        Court of Appeals Docket Fee.)