IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __07-10501__    U.S. District Court Case No. __CR-03-00084__

Short Case Title __USA v. MAKA__

Date Notice of Appeal Filed by Clerk of District Court __10/09/2007__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2007

at __2__ o'clock and __10__ min. __P__ __M__
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
| 11/10/2004 | DEBRA CHUN | Opening Statements |
|  |  | Settlement Instructions |
| 12/07/2004 | DEBRA CHUN | Closing Arguments |
| 12/06/2004 | DEBRA CHUN | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| PLEASE SEE ATTACHED PAPER | PLEASE SEE ATTACHED PAPER | Other (please specify) |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __11/03/2007__    Estimated date for completion of transcript __12/06/07__

Print Name of Attorney __M. CORA AVINANTE__    Phone Number __(808) 550-8867__

Signature of Attorney _____

Address __550 HALEKAUWILA STREET STE. #304, HONOLULU, HAWAII 96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__    BY: _____
(U.S. District Court Clerk)   (date)    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form Continued

U.S. Court of Appeals Case No. 07-10501
U.S. District Court Case No. CR-03-00084
Short Case Title: U.S.A. v. Maka
Date Notice of Appeal Filed by Clerk of District Court: 10/09/2007

Section A (Continued)

| HEARING DATES | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 11/18/2004 | Debra Chun | Jury Trial 3rd Day - Government's Witness: Panela Leaatoa CST, with interpreter Aina Kaufusi |
| 11/30/2004 | Debra Chun | Jury Trial 8th Day - Govenment's Witness: Soane Kainiufahi, CST, with Interpreter Aiona Kaufusi |
| 12/16/2004 | Debra Chun | Second Part of Trial - Government's Witnesses: Panela Leaaetoa; Soane Kainiufahi; and Fiekaniva Kainiufahi (all with Interpreter Aiona Kaufusi) |