NAME Wekeui E. Maka
REG # 90194-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

Legal Mail



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK