*No 4442 a page of 3 only.*

# ORIGINAL

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**

**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 4 2008

at 1 o'clock and 3 O min P M
SUE BEITIA, CLERK

| United States District Court | | District Of Hawaii |
|---|---|---|
| Name (under which you were convicted): LUELENI FETONGI MAKA | | Docket or Case No.: CR-0-00084 SOM |
| Place of Confinement: FCI-Institution-II Victorville, CA 92301 | | Prisoner No.: 90129-022 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| | v.   LUELENI FETONGI MAKA | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court For The District of Hawaii
   300 Ala Moana Blvd., Honolulu, Hawaii

   (b) Criminal docket or case number (if you know): CR-03-00084 SOM

2. (a) Date of the judgment of conviction (if you know): _____
   April 28, 2006

   (b) Date of sentencing: April 28, 2006

3. Length of sentence: 26 years

4. Nature of crime (all counts): See the Attached Judgment IN A CRIMINAL CASE (Exhibit-A)
   _____
   _____
   _____
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒X        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   _____
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)      Jury ☒X      Judge only ☐

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☒     No ☐

8. Did you appeal from the judgment of conviction?     Yes ☒     No ☐

9. If you did appeal, answer the following:

   (a) Name of court: United States Court of Appeals- Ninth Circuit

   (b) Docket or case number (if you know): CA No. 06-10339

   (c) Result: Affirmed In Part; Vacated In Part; Remanded

   (d) Date of result (if you know): June 14, 2007

   (e) Citation to the case (if you know): Unknown

   (f) Grounds raised: Multiplicitous Indictment; Ineffective assistance of counsel

;and Did the trial court commit reversible error in failing to vacate the convictions on the multiplicitoud counts.

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒

   If "Yes," answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

    (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes ☒     No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: United States District Court For Hawaii

    (2) Docket or case number (if you know): CR-03-00084-SOM

    (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❑   No ❑

(2) Second petition:    Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _____ FOR GROUND OF ERROR ONE SEE THE ATTACHED
MEMORANDUM OF AUTHORITIES.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
FOR SUPPORTING FACTS SEE PAGES (2 through 26) OF THE
ATTACHED MEMORANDUM OF AUTHORITIES.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

_____

**GROUND TWO:** FOR GROUND ERROR TWO SEE THE ATTACHED

MEMORANDUM OF AOTHORITIES.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

FOR SUPPORTING FACTS SEE PAGES 27 THROUGH 31 OF THE

ATTACHED MEMORANDUM OF AUTHORITIES.

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

     <u>The attorney of records did not raise the issue.</u>

    _____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑    No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑    No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑    No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑    No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** ___FOR GROUND OF ERROR THREE(3) SEE THE ATTACHED MEMORANDUM OF AUTHORITIES, PAGE 31.___

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

___FOR SUPPORTING FACTS SEE PAGES 31 THROUGH 47 OF THE ATTACHED MEMORANDUM OF AUTHORITIES.___

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    ___The attorney of records did not raise the issue.___

    _____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑    No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

**GROUND FOUR:** FOR GROUND OF ERROR FOUR (4) SEE THE ATTACHED MEMORANDUM OF AUTHORITIES PAGE 47.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

FOR SUPPORTING FACTS SEE PAGES 47 THROUGH 56 OF THE ATTACHED MEMORANDUM OF AUTHORITIES.

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑  No X̶X̶

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   The attorney of records did not raise the issue.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑  No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑  No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑  No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑  No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?

If so, which ground or grounds have not been presented, and state your reasons for not

presenting them: _____

_____

GROUND OF ERROR TWO_____

GROUND OF ERROR THREE_____

GROUND OF ERROR FOUR_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court

for the judgment you are challenging?    Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of

proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following

stages of the judgment you are challenging:

(a) At preliminary hearing: William M. Domingo,Federal Public Defender
PJKK Federal Bldg.300 Ala Moana Blvd. St.7104,Honolulu,HI 96850

(b) At arraignment and plea: _____ SAME AS ABOVE _____

_____

(c) At trial: _____ SAME AS ABOVE _____

_____

(d) At sentencing: Barry D. Edwards, 2868 Kahawai  Street,
Honolulu, HI 96822
_____

(e) On appeal: ___SAME AS ⁓AT SENTENCING_____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?        Yes☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _____

_____

_____

_____

_____

_____

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>this court reverse</u>
<u>and remand this case for a new trial on the issues raised or</u>
<u>grant an evidentiary hearing to determine whether, reversal is</u> required.

or any other relief to which movant may be entitled.

_____

Signature of X̶X̶X̶X̶X̶X̶X̶X̶X̶ X̶X̶X̶X̶X̶X̶ X

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
_____ (month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Movant
Lueleni F. Maka, Pro-Se

Executed on: 01/08/08

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *