AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LEULENI FETONGI MAKA** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:03CR00084-001**<br>USM Number: **90129-022**<br>Barry Edwards Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]  pleaded guilty to count(s): ___.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[✓]  was found guilty on counts 1 - 8 and 11 - 36 of the Third Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]  The defendant has been found not guilty on count 10 and is discharged as to such count(s).

[✓]  Count 9 of the Third Superseding Indictment is dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

EXHIBIT (A)

APRIL 28, 2006
Date of Imposition of Judgment

/s/ Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

MAY 11 2006
Date

Case 1:03-cr-00084-SOM    Document 188    Filed 05/11/2006    Page 2 of 8

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

CASE NUMBER: 1:03CR00084-001
DEFENDANT: LEULENI FETONGI MAKA

Judgment - Page 2 of 8

### ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 5/3/01 | 1 |
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 7/19/01 | 2 |
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 8/31/01 | 3 |
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 8/31/01 | 4 |
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 2/7/02 | 5 |
| 18 USC 1590 and 1594 | Human trafficking with respect to involuntary servitude and forced labor | 5/3/01 | 6 |
| 18 USC 1592 | Unlawful conduct with documents in furtherance of trafficking, involuntary service and forced labor | 1/27/03 | 7 |
| 18 USC 1592 | Unlawful conduct with documents in furtherance of trafficking, involuntary service and forced labor | 8/2002 | 8 |
| 18 USC 1592 | Unlawful conduct with documents in furtherance of trafficking, involuntary service and forced labor | 1/27/03 | 11 |
| 18 USC 1584 and 1594 | Involuntary servitude | 1/27/03 | 12 |
| 18 USC 1584 and 1594 | Involuntary servitude | 8/2002 | 13 |
| 18 USC 1584 and 1594 | Involuntary servitude | 10/2002 | 14 |
| 18 USC 1584 and 1594 | Involuntary servitude | 1/27/03 | 15 |
| 18 USC 1584 and 1594 | Involuntary servitude | 10/2002 | 16 |

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

Judgment - Page 3 of 8

CASE NUMBER:       1:03CR00084-001
DEFENDANT:         LEULENI FETONGI MAKA

### ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1584 and 1594 | Involuntary servitude | 1/27/03 | 17 |
| 18 USC 1589 and 1594 | Forced labor | 1/27/03 | 18 * |
| 18 USC 1589 and 1594 | Forced labor | 8/2002 | 19 * |
| 18 USC 1589 and 1594 | Forced labor | 10/2002 | 20 * |
| 18 USC 1589 and 1594 | Forced labor | 1/27/03 | 21 * |
| 18 USC 1589 and 1594 | Forced labor | 10/2002 | 22 * |
| 18 USC 1589 and 1594 | Forced labor | 1/27/03 | 23 * |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 5/3/01 | 24 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 7/19/01 | 25 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 8/31/01 | 26 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 8/31/01 | 27 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 2/7/02 | 28 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 5/3/01 | 29 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 1/27/03 | 30 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 8/2002 | 31 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 10/2002 | 32 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 1/27/03 | 33 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 10/2002 | 34 |
| 8 USC 1324(a)(1)(A)(iii) | Alien Harboring | 1/27/03 | 35 |
| 8 USC 1324(a)(2)(B)(ii) | Alien smuggling | 1/27/03 | 36 |

*Court declines to sentence the Defendant as to Counts 18 - 23.

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment - Page 4 of 8

CASE NUMBER: 1:03CR00084-001
DEFENDANT: LEULENI FETONGI MAKA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY SIX (26) YEARS .

This term consists of TWENTY (20) YEARS as to Counts 1 - 6 and 12 - 17, to run concurrently with each other; FIVE (5) YEARS as to Counts 7, 8, and 11, to run concurrently with each other and all other counts; and SIX (6) YEARS as to Counts 24 - 29 and 30 - 36, to run concurrently with each other and with Counts 7, 8, and 11, but consecutively to Counts 1 - 6 and 12 - 17.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
      1) West Coast Facility; 2) Vocational and Educational Programs.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: 1:03CR00084-001 | Judgment - Page 5 of 8 |
| DEFENDANT: LEULENI FETONGI MAKA | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

This term consists of THREE (3) YEARS as to each of Counts 1 - 6, 7, 8, 11, 12 - 17, 24 - 29, and 30 - 36, with all terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter.

[✔] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[✔] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.