

Mr. Lueleni Fatongi Maka
Reg. No. 90129-022
FCI-Institution-II
P.O. Box 5700
Adelanto, CA 92301

Legal Mail***

Office of The Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338