Mr. Lueleni F. Maka
Reg. No. 90129-022
FCI-Institution-II
P.O. Box 5700
Adelanto, CA 92301-5700

RECEIVED
CLERK US
JAN 14 2008
4:30 p-
DISTRICT OF HAWAII

Date: 1-8- , 2008.


Office of The Clerk
United States District Court
District of Hawaii
300Ala Moana Blvd., C-338
Honolulu, HI 96850-0338


RE: United States v. Maka; CR-03-00084-SOM


Dear Sir/or Ms.:

Enclosed you will find an original and two(2) copies of my pro-se Section 2255 motion and supporting Memorandum of Authorities, please file them with the Court for consideration, and return unto me a filed marked copy.



Thank you.



Sincerely,

*[signature]*

Lueleni F. Maka
xc:files