NAME: Lueleni Maka
REG # 90729-022
FEDERAL CORRECTIONAL INSTITUTION II
P.O. BOX 5700
ADELANTO, CA 92301

FEB 2 6 2008

LEGAL MAIL***LEGAL MAIL

SAN BERNARDINO CA 923
26 FEB 2008 PM 8

CV 08-00024 Som-KSC
CR 03-00084 Som

United States District Court
District of Hawaii
Office of the Clerk
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 28 2008
1:55 pm
DISTRICT OF HAWAII

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."