THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 29 2008

at /  o'clock and 45 min. P M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,
　　Respondent/Plaintiff,

v.

LUELENI FETONGI MAKA,
　　Petitioner/Defendant.

CV. NO. 08-00024 SOM KSC

CR. NO. 03-00084 SOM

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

MOTION FOR EXTENTION OF TIME
TO REPLY TO GOVERNMENT'S RESPONSE
OF PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

　　**NOW COMES**, Petitioner/Defendant (hereinafter "petitioner"), Lueleni Fetongi Maka, in pro se, respectfully moving this Honorable Court for a 30-day extention of time to reply to the Government's Response to petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. Section 2255.

　　On February 13, 2008, the Government filed a Response to petitioner's Section 2255 motion. In order to properly submit a reply to the Government's Response, the non-English-speaking petitioner requires additional time to locate and secure the assistance of another prisoner, or prisoners, to interpret and to prepare his reply, due to the sudden and unexpected departure of the prisoner who previously assisted him and interpreted for him. See Johnson v. Avery, 393 U.S. 483, 21 L. Ed. 2d 718, 89 S. Ct. 747 (1969).

## CONCLUSION

Therefore, the petitioner humbly requests that the Court grant him a 30-day extention of time, to obtain a fair opportunity to file a reply to the Government's Response.

Dated this 25th day of February, 2008.

                                         Lueleni Fetongi Maka

## CERTIFICATE OF SERVICE

I, Lueleni Fetongi Maka, certify that on the 25th day of February, 2008, I have filed a true and correct copy of the foregoing **"MOTION FOR EXTENTION OF TIME"** with the following persons, by placing same in a sealed, postage prepaid envelope, and depositing in the United States Mail at the Federal Correctional Institution Victorville II, P.O. Box 5700, Adelanto, California, 92301, as set forth below:

United States District Court
District of Hawaii
Office of the Clerk
300 Ala Moana Blvd., C-338
Honolulu, HI 96850-0338

Edward H. Kubo, Jr.
United States Attorney
District of Hawaii
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850

I understand that it is deemed to be filed at the time it was delivered to prison authorities for forwarding. Houston v. Lack, 101 L. Ed. 2d 245 (1988).

Dated this 25th day of February, 2008.

_____
Lueleni Fetongi Maka
90129-022
FCI Victorville II
P.O. Box 5700
Adelanto, California 92301