IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10501   U.S. District Court Case No. CR-03-00084

Short Case Title: USA v. MAKA

Date Notice of Appeal Filed by Clerk of District Court: 10/09/2007

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 06 2007
DISTRICT OF HAWAII

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
| ✓ 11/10/2004 | DEBRA CHUN | Opening Statements |
|  |  | Settlement Instructions |
| ✓ 12/07/2004 | DEBRA CHUN | Closing Arguments |
| ✓ 12/06/2004 | DEBRA CHUN | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| PLEASE SEE ATTACHED PAPER | PLEASE SEE ATTACHED PAPER | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 11/03/2007   Estimated date for completion of transcript: 12/06/07

Print Name of Attorney: M. CORA AVINANTE   Phone Number: (illegible)

Signature of Attorney: [signature]

Address: 550 HALEKAUWILA STREET STE.#304, HONOLULU, HAWAII 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2008
at 8 o'clock and 35 min. A M
SUE BEITIA, CLERK

### SECTION B - To be completed by court reporter

I, [signature] (signature of court reporter) have received this designation.
(✓) Arrangements for payment were made on 11/21/07 Due on Receipt
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

195 Approximate Number of Pages in Transcript--Due Date 12/21/07

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 7/28/06   Court Reporter's Signature: [signature]

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   04/17/08   BY: [signature]
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form Continued

U.S. Court of Appeals Case No. 07-10501
U.S. District Court Case No. CR-03-00084
Short Case Title: U.S.A. v. Maka
Date Notice of Appeal Filed by Clerk of District Court: 10/09/2007

Section A (Continued)

| HEARING DATES | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| ✓ 11/18/2004 | Cynthia Fazio ~~Debra Chun~~ | Jury Trial 3rd Day - Government's Witness: Panela Leaatoa CST, with interpreter Aina Kaufusi |
| ✓ 11/30,2004 | Debra Chun | Jury Trial 8th Day - Govenment's Witness: Soane Kainiufahi, CST, with Interpreter Aiona Kaufusi |
| ✓ 12/16/2004 | Debra Chun | Second Part of Trial - Government's Witnesses: Panela Leaaetoa; Soane Kainiufahi; and Fiekaniva Kainiufahi (all with Interpreter Aiona Kaufusi) |