MESSAGE CONFIRMATION                APR-24-2008 08:35 AM THU    *CORRESPONDENCE*

```
                                    FAX NUMBER  :  808 541 1724
                                    NAME        :  US DISTRICT COURT


NAME/NUMBER    :  917605305792
PAGE           :  2
START TIME     :  APR-24-2008 08:35AM THU
ELAPSED TIME   :  00'20"
MODE           :  STD ECM
RESULTS        :  [ O.K ]
```



**CHAMBERS OF JUDGE SUSAN OKI MOLLWAY**
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

DATE:       April 24, 2008

TO:         Case Manager: Ms. Napoleon
            **(for delivery to inmate Lueleni Maka #90129-022**
            FCI Victorville Medium II
            Ph.: 760-530-5700        **Fax: 760-530-5792**

FROM:       Joni Gross, secretary to Judge Susan Oki Mollway

PAGES:      _2_ including this page

RE:         United States v. Maka; Cr. 03-00084

SENDING:    **EO regarding the rescheduling of hearing.**

COMMENTS:   For your information.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

U.S. District Court
District of Hawaii - CM/ECF V3.1.2 (12/07) (Hawaii)
CRIMINAL DOCKET FOR CASE #: 1:03-cr-00084-SOM-1
Internal Use Only

Case title: USA v. Maka

Related Case:    1:08-cv-00024-SOM-KSC

| Date | # | Docket Text |
|---|---|---|
| 04/23/2008 | 251 | EO : On April 28, 2008, at 9:00 a.m., this court has a scheduled hearing on Lueleni Fetongi Maka's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody. In preparing for this hearing, this court noticed that Maka has a pending appeal in the Ninth Circuit Court of Appeals. See Court of Appeals Docket # 07-10501. This appeal has been calendared for a June 6, 2008, hearing. Because this appeal has the possibility of rendering Maka's § 2255 petition unnecessary, this court continues the scheduled hearing on Maka's § 2255 petition until August 11 2008, at 9:00a.m. to allow the Ninth Circuit time to adjudicate the appeal. re 240 MOTION to Vacate under 28 U.S.C. 2255 (JUDGE SUSAN OKI MOLLWAY)(tbf, ) (Entered: 04/23/2008) |