

CORRESPONDENCE

## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*            (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

August 6, 2008

Mr. Chuck Wells,
Unit Manager, FCI Victorville
**Via Telecopier to 760-530-5792**

    Re:    Court Appearance By Telephone
             Lueleni Fetongi Maka, ID # 90129-022

Dear Mr. Wells:

    Inmate Lueleni Fetongi Maka needs to be available by telephone for a court hearing on his motion for relief under 28 USC Sec. 2255.

    The hearing will take place in the courtroom of U.S. District Judge Susan Oki Mollway, in the District of Hawaii. The hearing is set for 9:00 a.m., Hawaii time (12:00 noon Pacific Time) on Monday, August 11, 2008.

    The Courtroom Deputy will initiate the telephone conference when the matter is called, using 760-530-5700, Ext. 5780

    Should you have any questions, please contact my assistant, Gloria Parker, at 808-440-9209.

                                  Very truly yours,

                                  EDWARD H. KUBO, JR.
                                  United States Attorney

                                  By
                                  WILLIAM L. SHIPLEY
                                  Assistant United States Attorney

cc: Toni Fujinaga