**RECEIVED**
CLERK U.S. DISTRICT COURT

AUG 13 2008

DISTRICT OF HAWAII

Clerk of the Court,

I am filing an appeal "LUELENI F. MAKA" case # CR 03-0084 SOM and I need the address of the Court Enterpreter AIONA KAUFUSI, could you please send it to me, Thank You

Respectfully

L. F. Maka

LUELENI F MAKA 90129-022
Federal Correctional Institution II
P.O. # 5700
Adelanto, CA  92301