LUELENI F. MAKA 70129-022
Federal Correctional Institution II
P.O. # 5700
ADELANTO, CA. 92301

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 13 2008
DISTRICT OF HAWAII

CLERK OF THE COURT
Federal District Court
300 ALA MOANA BLVD. # C285
HONOLULU, HI 96850

"ATTN LEGAL MAIL"


