# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 18, 2008

Lueleni Fatongi Maka
Reg. No. 90129-022
FCI Victorville II, Medium
P. O. Box 5700
Adelanto, CA 92301-5700

RE: Request for Court Interpreter's address, received on August 13, 2008
*USA vs. Maka; CR 03-00084 SOM*

Dear Mr. Maka,

The Clerks Office is in receipt of your letter, received on August 13, 2008. Please be advised that we are unable to provide you with the information you requested.  Ms. Kaufusi has requested that the Clerks Office not release her address.

Sincerely Yours,

Sue Beitia, Clerk

By:    Deputy Clerk